**AlloVir, Inc. (ALVR)**                                    **Jennifer Zerbato**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 10/10/2023 | 500 | $1.9100 |
| Purchase | 10/17/2023 | 500 | $1.6790 |
| Purchase | 10/20/2023 | 150 | $1.5350 |
| Purchase | 11/6/2023 | 350 | $1.6500 |
| Purchase | 11/9/2023 | 500 | $1.5398 |