**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JENNIFER ZERBATO, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>ALLOVIR, INC., DIANA M. BRAINARD, and VIKAS SINHA,<br><br>        Defendants. | Case No. 1:24-cv-10152-DJC<br><br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF CAROLINE H. BULLERJAHN IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Caroline H. Bullerjahn, declare as follows:

1.      I am a partner in the law firm of Goodwin Procter LLP, counsel to Defendants AlloVir, Inc., Diana M. Brainard, and Vikas Sinha. I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

2.      Attached as Exhibit 1 for the Court's convenience is a chart that summarizes the Amended Complaint's ("AC") alleged false and misleading statements and the applicable bases for dismissal as set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint.

3.      Attached as Exhibit 2 for the Court's convenience is a chart entitled "AlloVir, Inc.'s Risk Disclosures" providing excerpts from certain filings with the U.S. Securities and Exchange Commission ("SEC") and other documents cited in the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, as attached as exhibits hereto.

4.      Attached as Exhibit 3 is a true and correct copy of excerpts of the Clinical Study Protocol for the clinical trial titled "Phase 2/3, Multicenter, Randomized, Double-Blind, Placebo-

Controlled Study to Assess the Safety and Efficacy of ALVR105 (Viralym-M) Compared to Placebo for the Prevention of AdV, BKV, CMV, HHV-6, and JCV and/or Disease in High-Risk Patients After Allogeneic Hematopoietic Cell Transplant" (the "Prevention Trial"), dated May 1, 2023, cited at AC ¶¶ 54–55, 57, 59–60, as retrieved from ClinicalTrials.gov, a website operated by the National Institutes of Health, at https://cdn.clinicaltrials.gov/large-docs/40/NCT05305040/Prot_000.pdf.

5.      Attached as Exhibit 4 is a true and correct copy of excerpts of the Statistical Analysis Plan for the Prevention Trial, dated June 22, 2023, cited at AC ¶¶ 54, 56, 58, as retrieved from ClinicalTrials.gov at https://cdn.clinicaltrials.gov/large-docs/40/NCT05305040/SAP_001.pdf.

6.      Attached as Exhibit 5 is a true and correct copy of excerpts of the Study Record as of April 13, 2023 (version 4) from the ClinicalTrials.gov website for the Prevention Trial, cited at AC ¶¶ 47–56, 61, as retrieved from ClinicalTrials.gov at https://clinicaltrials.gov/study/NCT05305040?tab=history&a=4#version-content-panel.

7.      Attached as Exhibit 6 is a true and correct copy of excerpts of a comparison of the Study Records as of July 11, 2023 (version 8) and July 14, 2023 (version 9) from the ClinicalTrials.gov website for the Prevention Trial, cited at AC ¶¶ 47–56, 61, as retrieved from ClinicalTrials.gov at https://clinicaltrials.gov/study/NCT05305040?tab=history&a=8&b=9#version-content-panel.

8.      Attached as Exhibit 7 is a true and correct copy of excerpts of the Clinical Study Protocol for the clinical trial titled "Phase 3 Multicenter, Double-Blind, Placebo-Controlled Trial of Viralym-M (ALVR105) for the Treatment of Patients With Virus-Associated Hemorrhagic Cystitis After Allogeneic Hematopoietic Cell Transplant" (the "Cystitis Trial"), dated February

23, 2022, cited at AC ¶¶ 71–72, 74–75, as retrieved from ClinicalTrials.gov at https://cdn.clinicaltrials.gov/large-docs/13/NCT04390113/Prot_000.pdf.

9.      Attached as Exhibit 8 is a true and correct copy of excerpts of the Statistical Analysis Plan for the Cystitis Trial dated November 14, 2023, cited at AC ¶¶ 71, 73, 76–77, as retrieved from ClinicalTrials.gov at https://cdn.clinicaltrials.gov/large-docs/13/NCT04390113/SAP_001.pdf.

10.     Attached as Exhibit 9 is a true and correct copy of excerpts of the Clinical Study Protocol for the clinical trial titled "Phase 3, Randomized, Double-Blind, Placebo-Controlled Trial, with Cross-Over, of Posoleucel (ALVR105) for the Treatment of Adenovirus Infection in Pediatric and Adult Participants Receiving Standard of Care Following Allogeneic Hematopoietic Cell Transplantation" (the "Adenovirus Trial"), dated November 30, 2023, cited at AC ¶¶ 85–86, 88–90, as retrieved from ClinicalTrials.gov at https://cdn.clinicaltrials.gov/large-docs/57/NCT05179057/Prot_000.pdf.

11.     Attached as Exhibit 10 is a true and correct copy of excerpts of the Statistic Analysis Plan for the Adenovirus Trial, dated January 12, 2024, cited at AC ¶¶ 85, 87, as retrieved from ClinicalTrials.gov at https://cdn.clinicaltrials.gov/large-docs/57/NCT05179057/SAP_001.pdf.

12.     Attached as Exhibit 11 is a true and correct copy of excerpts of AlloVir's Form 8-K, filed with the SEC on December 13, 2021, attaching AlloVir's Press Release entitled "AlloVir Announces Positive Preliminary Data from the Ongoing Phase 2 Posoleucel Multi-Virus Prevention Study at the 63rd American Society of Hematology Annual Meeting," published on December 11, 2021.

13.     Attached as Exhibit 12 is a true and correct copy of excerpts of AlloVir's FY 2021 Form 10-K, filed with the SEC on February 10, 2022.

14.     Attached as Exhibit 13 is a true and correct copy of excerpts of AlloVir's Q3 2022 Form 10-Q, filed with the SEC on November 3, 2022.

15.     Attached as Exhibit 14 is a true and correct copy of excerpts of AlloVir's Form 8-K, filed with the SEC on January 9, 2023, attaching AlloVir's Press Release titled "AlloVir Announces Plans to Complete Enrollment in Three Phase 3 Posoleucel Studies in 2023," published on January 9, 2023.

16.     Attached as Exhibit 15 is a true and correct copy of excerpts of the transcript of AlloVir's investor presentation at the J.P. Morgan Healthcare Conference on January 10, 2023, cited at AC ¶¶ 102, 105, 107, 109, 111.

17.     Attached as Exhibit 16 is a true and correct copy of excerpts of the slide deck shown during AlloVir's investor presentation at the J.P. Morgan Healthcare Conference on January 10, 2023, cited at AC ¶ 103.

18.     Attached as Exhibit 17 is a true and correct copy of excerpts of AlloVir's Form 8-K, filed with the SEC on February 15, 2023, attaching AlloVir's Press Release entitled "AlloVir Reports Full-Year 2022 Financial Results and 2023 Outlook," published on February 15, 2023, cited at AC ¶ 113.

19.     Attached as Exhibit 18 is a true and correct copy of excerpts of AlloVir's Form FY 2022 10-K, filed with the SEC on February 15, 2023, cited at AC ¶ 115.

20.     Attached as Exhibit 19 is a true and correct copy of excerpts of AlloVir's Schedule 14A, filed with the SEC on March 31, 2023.

21.     Attached as Exhibit 20 is a true and correct copy of AlloVir's Press Release entitled "AlloVir Announces Positive Results Including Long-Term Mortality Data in Phase 2 Posoleucel Multi-Virus Prevention Study in Oral Presentation at EBMT 2023," published on April 26, 2023,

cited at AC ¶¶ 117–118, 120, 122.

22.     Attached as <u>Exhibit 21</u> is a true and correct copy of excerpts of the slide deck shown during AlloVir's investor presentation at the European Society for Blood and Marrow Transplantation ("EBMT") on April 25, 2023, cited at AC ¶¶ 124–125.

23.     Attached as <u>Exhibit 22</u> is a true and correct copy of excerpts of AlloVir's Form 8-K, filed with the SEC on May 4, 2023, attaching AlloVir's Press Release entitled "AlloVir Reports First Quarter 2023 Financial Results," published on May 4, 2023, cited at AC ¶¶ 127–128, 130.

24.     Attached as <u>Exhibit 23</u> is a true and correct copy of excerpts of AlloVir's Q1 2023 Form 10-Q, file with the SEC on May 4, 2023, cited at AC ¶ 132.

25.     Attached as <u>Exhibit 24</u> is a true and correct copy of excerpts of the transcript of AlloVir's investor presentation at Bank of American Securities Healthcare Conference on May 9, 2023, cited at AC ¶¶ 134–135.

26.     Attached as <u>Exhibit 25</u> is a true and correct copy of excerpts of AlloVir's Form 8-K, filed with the SEC on August 3, 2023, attaching AlloVir's Press Release entitled "AlloVir Reports Second Quarter 2023 Financial Results," published on August 3, 2023, cited at AC ¶¶ 137–138, 140.

27.     Attached as <u>Exhibit 26</u> is a true and correct copy of excerpts of AlloVir's Q2 2023 Form 10-Q, filed with the SEC on August 3, 2023, cited at AC ¶ 142.

28.     Attached as <u>Exhibit 27</u> is a true and correct copy of excerpts of the transcript of AlloVir's investor presentation at the Morgan Stanley Annual Global Healthcare Conference on September 11, 2023, cited at AC ¶¶ 144–145, 147.

29.     Attached as <u>Exhibit 28</u> is a true and correct copy of excerpts of AlloVir's Form

8-K, filed with the SEC on November 2, 2023, attaching AlloVir's Press Release entitled "AlloVir Reports Third Quarter 2023 Financial Results," published on November 2, 2023, cited at AC ¶¶ 149–150, 152.

30.     Attached as Exhibit 29 is a true and correct copy of excerpts of AlloVir's Q3 2023 Form 10-Q, filed with the SEC on November 2, 2023, cited at AC ¶ 154.

31.     Attached as Exhibit 30 is a true and correct copy of excerpts of AlloVir's Form 8-K, filed with the SEC on December 22, 2023, attaching AlloVir's Press Release entitled "AlloVir Provides Updates on Phase 3 Clinical Development Program for Posoleucel, an Allogeneic Virus-Specific T Cell Therapy," published on December 22, 2023, cited at AC ¶¶ 11, 95–96, 156.

32.     Attached as Exhibit 31 is a true and correct copy of AlloVir's Form 8-K filed with the SEC on January 1, 2024.

33.     Attached as Exhibit 32 is a true and correct copy of excerpts of AlloVir's Schedule 14A, filed with the SEC on April 23, 2024.

34.     Attached as Exhibit 33 are true and correct copies of Forms 4 filed with the SEC for Diana Brainard on November 21, 2022 and November 21, 2023.

35.     Attached as Exhibit 34 are true and correct copies of Forms 4 filed with the SEC for Vikas Sinha on October 26, 2022 and November 21, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 16, 2024

/s/ *Caroline H. Bullerjahn*
Caroline H. Bullerjahn (BBO #628243)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA  02210
Tel.: 617-570-1000
Fax: 617-523-1231
cbullerjahn@goodwinlaw.com

6