# Exhibit 1

**Alleged Misstatements and Omissions Chart**

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| 103 | Ex. 16 (1/10/2023 J.P. Morgan Healthcare Conference Slide Deck) at 3[2] | | ✓ | ✓ | ✓ | ✓ |

[1] For the Court's convenience, this column identifies the reasons why each alleged false and/or misleading statement is not actionable, as set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss the AC at 19–21 (listing statements not adequately alleged to be false or misleading); 21–23 & n.21 (listing statements that are forward-looking); 23–24 & n.25 (listing statements that are opinions); 24–25 & n.26 (listing statements that are puffery). All emphases are taken from the AC, unless otherwise noted. In some instances, we have added surrounding text from the original source material that is omitted from the AC to provide additional context.

[2] This row reproduces in full a slide from Ex. 16 that is cited in paragraph 103 of the AC. On the slide, which is only partially quoted in the AC, Defendants have highlighted in yellow the AC's quoted language.

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| 103 | Ex. 16 (1/10/2023 J.P. Morgan Healthcare Conference Slide Deck) at 7[3] | | ✓ | | ✓ | ✓ |

[3] This row reproduces in full a slide from Ex. 16 that is cited in paragraph 103 of the AC. On the slide, which is only partially quoted in the AC, Defendants have highlighted in yellow the AC's quoted language.

2

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| 103 | Ex. 16 (1/10/2023 J.P. Morgan Healthcare Conference Slide Deck) at 12–13 | | ✓ | | ✓ | ✓ |

3

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| 105 | Ex. 15 (1/10/2023 J.P. Morgan Healthcare Conference Transcript) at 4 | **Diana Brainard (CEO & Director):**<br><br>So posoleucel, which is our lead virus-specific T cell investigational therapy, targets 6 different viruses, and as such, it's a franchise opportunity in immunocompromised patients. We're starting off in stem cell transplant recipients where, as I mentioned, **we have 3 Phase III ongoing global registrational trials for first-to-market indications in treatment and in prevention. We're addressing really large and unmet medical needs across immunocompromised patients, looking at prevention and treatment supported by our Phase II data. And what we've seen over the last year with the pace of enrollment across our trials is that this is really speaking to the unmet need we're addressing and the fact that both the infectious disease and transplant community are looking for options because they've had none so far or those with limited safety and tolerability.**<br><br>We recently communicated on Monday in our press release that we're targeting now to finish enrollment of our 3 Phase III trials by the end of this year, which puts us in a great position to have data rolling out over the course of 2024. | ✓ | ✓ | ✓ | ✓ |
| 107 | Ex. 15 (1/10/2023 J.P. Morgan Healthcare Conference Transcript) at 5 | **Diana Brainard:**<br><br>You can see our pipeline here on Slide 5. With posoleucel listed at the top, our 3 Phase III ongoing global trials, multi-virus prevention study, the 2 treatment studies, 1 in virus-associated hemorrhagic cystitis, 1 in adenovirus infection, all of these studies are on track to complete enrollment this year. And we're excited about that because we just | ✓ | ✓ | ✓ | ✓ |

4

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| | | started the multi-virus prevention study earlier in 2022 based on compelling Phase II data.<br><br>And we wanted to prioritize that trial because of the tremendous impact we could have in the stem cell transplant space for patients by taking a preventative approach. And what we've seen is tremendous success pulling in our learnings from the treatment studies and getting that study off the ground in North America, Europe and Asia, enrolling such that we've been able to pull in our time lines by over a quarter and target being on track to finish that trial by the end of the year. | | | | |
| 109 | Ex. 15 (1/10/2023 J.P. Morgan Healthcare Conference Transcript) at 6–7 | **Diana Brainard:**<br><br>So I'm going to turn now to a little bit of data, starting again with the Phase II prevention data. We presented final data from our Phase II open-label study in December of ASH in 2022, just last month. These data were presented orally, and we're very consistent with the data that we had presented a year earlier with a slightly smaller database and shorter time of follow-up.<br><br>And it was really important for us to demonstrate the consistency of the efficacy and the safety with a larger patient population and longer follow-up. And what you can see here is that this is a high-risk patient population of allo patients. The 85% of patients reactivated at least a single virus or more viruses during the 14-week time period to the primary end point. So lots of viral reactivation as you would expect in this high-risk patient population. But we did not see significant rates of clinically significant infections. So 88% or 23 of 26 patients remained | ✓ | ✓ | ✓ | ✓ |

5

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| | | free from clinically significant infections across all 6 target viruses through the primary end points.<br><br>We don't have a control arm in this trial, so we look to the literature and to claims analyses to try to understand what that expected control rate could be. **And what we've seen is that we would expect about a 70% rate of infections across these 6 target infections. And so that difference was what enabled us to get into Phase III as quickly as we did and what gives us a lot of excitement and confidence, which we also feel is shared by the community given the pace of enrollment of the Phase III trial.**<br><br>….<br><br>And what you can see here is with 1 or 2 doses of posoleucel in general, very high clinical response rates to across all of these different viruses. So 93% overall response rate. Importantly, there were a number of patients who had multiple viral infections at the same time. They had response rates of 100% to these multiple viral infections. Safety, the infusions were well tolerated with rates of graft versus host disease that would be expected and consistent with what the field has understood around VST's no significant cytokine release syndrome. So these were the treatment data that propelled us into Phase III on the viral hemorrhagic cystitis study and the adenovirus treatment study, 2 diseases, which have no approved therapies and really substantial unmet need. | | | | |

6

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| 111 | Ex. 15 (1/10/2023 J.P. Morgan Healthcare Conference Transcript) at 10–11 | **Anupam Rama (JPMorgan Chase & Co., Research Division – VP and Analyst):**<br><br>Q: When you think about the adeno and virus-associated hemorrhagic cystitis cohorts specifically, how do those data derisk the 2 pivotals?<br><br>….<br><br>**Diana Brainard:**<br><br>A: And so the clinical data that supports virus-associated hemorrhagic cystitis was presented at the TCT conference in 2021 and looked at the subset of patients with BK virus-associated hemorrhagic cystitis, looking at the time to resolution of macroscopic hematuria, which is our primary end point in the Phase III trial, and comparing it to a matched cohort from Texas Children's Hospital and showing a substantial difference in the time to resolution. Those natural history data have now been further corroborated by a natural history cohort at MD Anderson, which is a nice way for us to confirm our powering. But this is a – **that's for the virus-associated hemorrhagic cystitis where we feel there is a reason to believe we're well situated for a positive outcome there.** | ✓ | ✓ | ✓ | ✓ |
| 113 | Ex. 17 (2/15/2023 FY 2022 Press Release) at 1 | AlloVir Reports Full-Year 2022 Financial Results and 2023 Outlook<br><br>*Completion of enrollment of all three posoleucel Phase 3 registrational trials for three distinct, **first-to-market indications anticipated by end of 2023 and data readouts in 2024*** | ✓ | ✓ | | |

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| 113 | Ex. 17 (2/15/2023 FY 2022 Press Release) at 1 | "With the acceleration of the posoleucel multi-virus prevention study and continued enrollment in the viral hemorrhagic cystitis and adenovirus treatment Phase 3 studies in 2022, **the posoleucel franchise is positioned for potentially significant value creation over the next 12-24 months**," said Diana Brainard, M.D., Chief Executive Officer, AlloVir. "During 2023, we plan to complete enrollment in our Phase 3 registrational studies, **which would enable data readouts in 2024 and, with positive results, regulatory filings and acceleration of commercial preparations to follow**." | ✓ | ✓ | ✓ | ✓ |
| 113 | Ex. 17 (2/15/2023 FY 2022 Press Release) at 1 | In an oral presentation at the American Society of Hematology (ASH) Annual Meeting and Exposition in December 2022, final data were presented from the Phase 2 study evaluating posoleucel for the prevention of clinically significant infections or diseases from adenovirus, BK virus, cytomegalovirus, Epstein-Barr virus, human herpesvirus-6 and JC virus in allo-HCT patients. **The data demonstrated a substantial reduction in the expected rate of clinically significant viral infections in this high-risk patient population despite the expected high rates of viral reactivation observed**. Biomarker data showed the persistence of posoleucel and association between expansion of functional VSTs and viral control. | ✓ | | | ✓ |
| 113 | Ex. 17 (2/15/2023 FY 2022 Press Release) at 2 | In January 2023, final data from the CHARMS Phase 2 study of posoleucel for the treatment of viral infections in treatment-refractory allo-HCT patients were published in Clinical Cancer Research. **The data demonstrated that 95% of patients with one or more treatment-refractory infections achieved a clinical response with posoleucel.** | ✓ | | | ✓ |

8

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| 113 | Ex. 17 (2/15/2023 FY 2022 Press Release) at 3 | The posoleucel Phase 3 multi-virus prevention trial is enrolling adult and pediatric patients globally. Enrollment is expected to complete by year-end 2023, **enabling topline data in mid-2024**.<br><br>Global enrollment is ongoing in Phase 3 studies of posoleucel for the treatment of virus-associated hemorrhagic cystitis and adenovirus infection, both in adult and pediatric allo-HCT patients. **Both studies are expected to complete enrollment by year-end 2023, with topline data anticipated in 2024.** | ✓ | ✓ | | |
| 115 | Ex. 18 (2/15/2023 FY 2022 Form 10-K) at 4 | Posoleucel is being studied in three ongoing Phase 3 registrational trials for 3 distinct indications – the prevention of clinically significant infections from multiple viruses, the treatment of virus-associated hemorrhagic cystitis, or HC, and the treatment of AdV infections – all in allogeneic hematopoietic cell transplant, or HCT, patients who are at high risk for life-threatening viral infections from the six viruses targeted by posoleucel. We have successfully accelerated the multi-prevention study in recognition of the fact that prevention best addresses patients' unmet medical needs. The three Phase 3 studies are expected to complete enrollment by the end of 2023, enabling potential data readouts from all three trials in 2024.<br><br>The three registrational trials were informed by the positive results of proof-of-concept studies with posoleucel for both treatment and prevention. In the CHARMS Phase 2 treatment trial, 95% of allogeneic HCT patients with one or more treatment-refractory infections achieved a clinical response with posoleucel. In the Phase 2 multi-virus prevention trial, posoleucel demonstrated a substantial reduction in the expected rate of clinically significant viral infections or diseases, with 88% of patients remaining free of clinically significant infections caused | ✓ | ✓ | ✓ | ✓ |

9

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| | | by any of the six viruses that posoleucel targets through the Week 14 primary endpoint. | | | | |
| 118 | Ex. 20 (4/26/2023 Press Release) at 1 | AlloVir Announces Positive Results Including Long-Term Mortality Data in Phase 2 Posoleucel Multi-Virus Prevention Study in Oral Presentation at EBMT 2023<br><br>*Day 400 non-relapse mortality was 0%*<br><br>*Previously reported data from the 14-week primary endpoint showed low rates of clinically significant viral infections and diseases in this high-risk patient population despite the expected high rates of viral reactivation*<br><br>*Global Phase 3 pivotal posoleucel trials continue to progress with robust patient enrollment in the US, Europe and Asia with data readouts on track for 2024* | ✓ | ✓ | ✓ | ✓ |
| 120 | Ex. 20 (4/26/2023 Press Release) at 1 | AlloVir, Inc. (Nasdaq: ALVR), a late-clinical stage allogeneic T cell immunotherapy company, today announced the presentation of positive long-term, follow-up data from the Phase 2 study of posoleucel for the prevention of clinically significant infections from six common and devastating viruses in allogeneic hematopoietic cell transplant (allo-HCT) recipients. Posoleucel is the company's investigational, allogeneic, off-the-shelf, multi-virus specific T cell therapy, designed to target adenovirus (AdV), BK virus (BKV), cytomegalovirus (CMV), Epstein-Barr virus (EBV), human herpesvirus-6 (HHV-6) and JC virus (JCV). These new findings demonstrate that the high-risk allo-HCT patients who received posoleucel experienced continued low rates of clinically significant infections and end-organ disease and 0% non- | ✓ | ✓ | ✓ | ✓ |

10

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| | | relapse mortality. These data were highlighted today in an oral presentation (Abstract OS08-03) at the 49th annual meeting of the European Society for Blood and Marrow Transplantation (EBMT 2023).<br><br>"The data presented today provide further evidence supporting the potential benefits of using posoleucel to prevent viral infection in high-risk allo-HCT patients. The non-relapse mortality rate in patients receiving posoleucel was 0% through week 52 which compares favorably with published non-relapse mortality rates among allo-HCT patients ranging from 9 percent to over 15 percent," said Diana Brainard, MD, CEO, AlloVir. "Our global, registrational Phase 3 clinical trial further exploring the potential of posoleucel for multi-virus prevention is well underway and we anticipate data from this registrational study in 2024. If successful, an option that prevents viral infection, such as posoleucel, could transform the care of allo- HCT patients."<br><br>"The majority of allo-HCT recipients reactivate one or more of posoleucel's six target viruses post allo-HCT, which can lead to clinically significant infections, prolonged morbidity, hospitalization and premature death," said Sanjeet Singh Dadwal, MD, Chief, Division of Infectious Diseases, and Professor of Medicine, at City of Hope, one of the largest cancer research and treatment organizations in the United States, and lead investigator of the posoleucel multi-virus prevention Phase 2 study. "This long-term 0% non-relapse mortality result builds upon the positive data through week 26 post-HCT, which was reported at the end of last year. These long-term follow-up data suggest that posoleucel could significantly impact patient outcomes. When available, | | | | |

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| | | I look forward to seeing the larger data set from the ongoing Phase 3 program." | | | | |
| 122 | Ex. 20 (4/26/2023 Press Release) at 1 | Details from the [posoleucel] Phase 2 study were reported in December 2022 and can be found here.<br><br>The study also included a 52-week follow-up visit, data from which were presented today at EBMT. These new data demonstrate that, of the 26 patients dosed with posoleucel, the five deaths were all related to relapse/progression of underlying disease; none were due to infection or deemed treatment-related, resulting in 0% non-relapse mortality.<br><br>More information on the ongoing, global, registrational, Phase 3, multicenter, randomized, double-blind, placebo-controlled clinical trial of posoleucel for multi-virus prevention can be found on clinicaltrials.gov under the study ID (NCT05305040). | ✓ | | | ✓ |

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| 125 | Ex. 21 (4/26/2023 EBMT Presentation) at 12[4] | | ✓ | | | ✓ |

---

[4] This row reproduces in full a slide from Ex. 21 that is cited in paragraph 125 of the AC (*i.e.*, slide 12, which is only partially quoted in the AC). Defendants have highlighted the AC's quoted language.

13

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| 125 | Ex. 21 (4/26/2023 EBMT Presentation) at 19[5] | **Conclusions** • Low rates of clinically significant infections or end-organ disease were observed in this high-risk allo-HCT population • 0% Day 400 Non-relapse mortality and no infection related mortality • Treatment with up to 7 doses of posoleucel over 12 weeks was well tolerated   • Rates of GVHD were similar in frequency and severity to those expected in high-risk allo-HCT population • Viral control was associated with expansion of reactive T cells   • The presence of posoleucel was confirmed during and after infusion period • These data support the ongoing global, randomized, placebo-controlled Phase III clinical trial of posoleucel for the prevention of clinically significant infections and end-organ disease (NCT05305040) | ✓ | | | ✓ |
| 128 | Ex. 22 (5/4/2023 Q1 2023 Press Release) at 1 | AlloVir Reports First Quarter 2023 Financial Results<br><br>*Company's three posoleucel Phase 3 global registrational trials for three distinct, first-to-market indications continue to enroll with data readouts on track for 2024* | ✓ | ✓ | | |
| 130 | Ex. 22 (5/4/2023 Q1 2023 Press Release) at 1 | "We continue to focus our efforts on rapidly advancing the three global Phase 3 ongoing registrational trials evaluating our lead investigational product, posoleucel, for the prevention and treatment of common, yet devastating, and potentially life-threatening viral infections and diseases in allo-HCT patients where significant unmet need persists," said Diana | ✓ | ✓ | ✓ | ✓ |

[5] This row reproduces in full a slide from Ex. 21 that is cited in paragraph 125 of the AC (*i.e.*, slide 19, which is only partially quoted in the AC). Defendants have highlighted the AC's quoted language.

14

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| | | Brainard, MD, Chief Executive Officer, AlloVir. "In tandem, we reported final positive results from the Phase 2 study of posoleucel for the treatment of BKV, the first demonstration of its safety and antiviral effect in solid organ transplant recipients. We continue to be encouraged by the potential of posoleucel as a transformative therapeutic for transplant patients." | | | | |
| 130 | Ex. 22 (5/4/2023 Q1 2023 Press Release) at 1–2 | In January 2023, the company announced plans to report data from its three Phase 3 registrational studies for posoleucel in 2024 across three distinct indications – the prevention of clinically significant infection or disease from adenovirus (AdV), BK virus, cytomegalovirus (CMV), Epstein-Barr virus (EBV), human herpesvirus-6 (HHV-6) and JC virus (JCV), the treatment of virus-associated hemorrhagic cystitis (vHC), and the treatment of AdV infection, all in allo-HCT patients. These viral infections have limited to no approved preventive therapies or treatment options, threatening patient survival.<br><br>….<br><br>Positive long-term follow-up data from the Phase 2 trial exploring the potential of posoleucel for the prevention of clinically significant infections were presented at the 49th Annual Meeting of the European Society for Blood and Marrow Transplantation (EBMT 2023) in April 2023. These new findings demonstrate that the high-risk allo-HCT patients who received posoleucel experienced continued low rates of clinically significant infections or end-organ disease and 0% non-relapse mortality. Data continue to substantiate the potential clinical benefit posoleucel could provide to high-risk allo-HCT patients. | ✓ | ✓ | ✓ | ✓ |

15

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| 132 | Ex. 23 (5/4/2023 Q1 2023 Form 10-Q) at 8 | **Posoleucel is being studied in three ongoing Phase 3 registrational trials for three distinct indications** - the prevention of clinically significant infections from multiple viruses, the treatment of virus-associated hemorrhagic cystitis, or HC, and the treatment of AdV infections – all in allogeneic hematopoietic cell transplant, or HCT, patients who are at high risk for life-threatening viral infections from the six viruses targeted by posoleucel. **The Company accelerated the multi-prevention study in recognition of the fact that prevention best addresses patients' unmet medical needs. Data readouts from all three trials are expected in 2024.** | ✓ | ✓ | | ✓ |
| 135 | Ex. 24 (5/9/2023 Bank of America Presentation Transcript) at 6 | **Cameron T. Bozdog (BofA Securities, Research Division – Research Analyst):**<br><br>Q: And touching a little bit on the data you've seen so far in the Phase II, 88% of patients were free of clinically significant infections through 14 weeks. Can you put this into context for us?<br><br>**Diana Brainard:**<br><br>A: **So we have now 3 positive Phase 2 data sets with posoleucel**. The first is in the treatment setting, refractory and resistant patients where we had over a 90% response rate across our 6 different target viruses. That study has been published. It came out of the Baylor College of Medicine. And then more recently, we had a Phase 2 prevention study, which enabled the initiation of our Phase 3 study that started last year. Those results were presented at ASH initially in 2021 and then again in 2022 and most recently at EBMT. | ✓ | ✓ | ✓ | ✓ |

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| | | And like you said, really a dramatic response, **whereby 88% of patients after dosing at the primary endpoint week 14 were free of clinically significant infections**. So hadn't developed one or more of these infections that are so common in the post-transplant space. And we were really happy to see that now we have the longer-term follow-up, and we reported at the European meeting in March that our day 400 non-relapse mortality rate was 0% in these patients. Now it's a single-arm study, so we don't have a control arm, but if you look in the literature at what you might expect in a high-risk allotransplant patient population, the reported rates of non-relapse mortality range between 9% and 16%. So we're really excited with this idea that not only can you prevent near-term morbidity of these infections, but you can also really help the patient on that trajectory towards recovery and preventing all of those non-relapse-related problems such as infection, but also graft-versus-host disease, organ dysfunction, which are all interrelated from becoming an issue and getting a patient into trouble. | | | | |
| 138 | Ex. 25 (8/3/2023 Q2 2023 Press Release) at 1 | AlloVir Reports Second Quarter 2023 Financial Results *Company's three Phase 3 global registrational trials for its allogeneic, off-theshelf, virus-specific T cell therapy, posoleucel, in three distinct, first-to-market indications in allo-HCT patients continue to enroll, with data anticipated in second half of 2024* …. "We are excited to be advancing our company's three Phase 3 global registrational trials of posoleucel for three indications that threaten allo- | ✓ | ✓ | ✓ | ✓ |

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| | | HCT recipients. Treating and preventing life-threatening viral infections using T cells that focus on restoring natural immunity addresses a significant unmet need for allo-HCT patients, which could have a significant impact on patient outcomes, morbidity, and survival," said Diana Brainard, M.D., Chief Executive Officer, AlloVir. "**We are very pleased with our progress to date and are on track to report data from all three studies in the second half of 2024**." | | | | |
| 140 | Ex. 25 (8/3/2023 Q2 2023 Press Release) at 1–2 | AlloVir delivered an oral presentation at the 49th annual meeting of the European Society for Blood and Marrow Transplantation (EBMT 2023) **detailing positive results from the Phase 2 study of posoleucel for the prevention of clinically significant infections from six common and devastating viruses in allo-HCT recipients**, including 0% non-relapse mortality at the 52-week follow-up visit. … **Data from three Phase 3 registrational trials of posoleucel in three indications for allo-HCT patients is anticipated in the second half of 2024[.]** | ✓ | ✓ | ✓ | ✓ |
| 142 | Ex. 26 (8/3/2023 Q2 2023 Form 10-Q) at 17 | **Posoleucel is being studied in three ongoing Phase 3 registrational trials for three distinct indications** – the prevention of clinically significant infections from multiple viruses, the treatment of virus-associated hemorrhagic cystitis, or HC, and the treatment of AdV infections – all in allogeneic hematopoietic cell transplant, or HCT, patients who are at high risk for life-threatening viral infections from the six viruses targeted by posoleucel. **We have accelerated the multi-prevention study in recognition of the fact that prevention best addresses patients' unmet medical needs. Data readouts from all three trials are expected in 2024**. | ✓ | ✓ | | |

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| 145 | Ex. 27 (9/11/2023 Morgan Stanley Conference Transcript) at 7 | **Michael Eric Ulz (Morgan Stanley, Research Division – Equity Analyst):**<br><br>Q: Maybe we can just focus on some of the maybe the Phase II prevention data. You've shared some of that data. Maybe walk us through that and some of the key endpoints there?<br><br>**Diana Brainard:**<br><br>A: **So we have data from 3 Phase II trials and focusing on the Phase II prevention data** that was an open-label, single-arm study where we dosed 26 patients post allogeneic stem cell transplant with posoleucel and gave them 7 doses of posoleucel separated by 2 weeks. So dosing interval over a 12-week period.<br><br>And what we looked for was signs or symptoms of clinically significant infection to any one of our target viruses over the -- through the primary endpoint at week 14 and we had expected to see anywhere between 50% to 70% of patients developing a clinically significant infection based on what the literature tells us about how commonly these infections occur.<br><br>**What we saw was quite encouraging**. Only 3 of the 26 patients developed clinically significant infections; 2 patients developed CMV; 1 patient developed an adenoviral infection. And so this rate of about 12% was substantially lower than we would have predicted. And based on the strength of these data as well as the compelling safety data demonstrating, we saw no suggestion of cytokine release syndrome, which to date hasn't been an issue with VSTs with the recurrent dosing. | ✓ | | ✓ | ✓ |

19

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| 147 | Ex. 27 (9/11/2023 Morgan Stanley Conference Transcript) at 11 | **Michael Eric Ulz:**<br><br>Q: I know you've had conversations with, but do you think that's highly likely that you'll be able to figure out what the path forward is here and have some agreement? Or is there any area where you're particularly I don't know, worried where the FDA might focus on or...<br><br>**Diana Brainard:**<br><br>A: Well, I mean, I think that we have a good batting average in terms of having successfully done this with our other trials. It's always a challenge when you're in a new area, and I think that I have confidence we can get there. Sometimes it takes more than 1 conversation. That's fine. We can do that.<br><br>We're committed to the -- to these patients. **And we also, I think, have a little bit more luxury because posoleucel is already in Phase III for these stem cell transplant indications. We don't want patients to have to wait. At the same time, we do think that demonstrating safety and efficacy with the drug in other clinical settings may help us in terms of allowing people to see a greater potential benefit for patients in other settings.** | ✓ | ✓ | ✓ | ✓ |
| 150 | Ex. 28 (11/2/2023 Q3 2023 Press Release) at 1 | AlloVir Reports Third Quarter 2023 Financial Results<br><br>….<br><br>AlloVir, Inc. (Nasdaq: ALVR), a late-clinical stage allogeneic T cell immunotherapy company, today reported financial results from the third quarter ended September 30, 2023. AlloVir continues to progress its | ✓ | ✓ | ✓ | ✓ |

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| | | highly innovative lead therapeutic candidate, posoleucel, by enrolling globally in three Phase 3 trials for first-to-market indications. **AlloVir is in a position of strength with significant financial resources to support operations through topline data readouts for all three trials anticipated in the second half of 2024**.<br><br>"At AlloVir, we are dedicated to serving immunocompromised patients suffering from devastating and life-threatening viral diseases," said Diana Brainard, M.D., Chief Executive Officer, AlloVir. "We are working with urgency to complete enrollment in our three global Phase 3 pivotal trials of posoleucel to deliver this potentially transformative therapy to patients that can benefit from the prevention and treatment of viral diseases with limited to no approved or effective therapies today. We expect a catalyst rich next 12 months with clinical and regulatory milestones and continued commercial preparations in advance of a potential 2025 launch." | | | | |
| 152 | Ex. 28 (11/2/2023 Q3 2023 Press Release) at 1–2 | The company's Phase 3 registrational trials of posoleucel in allo-HCT patients continue to enroll with data anticipated from all three trials in the second half of 2024. . . . AlloVir's lead product, posoleucel, is in late-stage clinical development as an allogeneic, off-the-shelf, multi-virus-specific T cell therapy targeting six viral pathogens in immunocompromised individuals: adenovirus (AdV), BK virus (BKV), cytomegalovirus (CMV), Epstein-Barr virus (EBV), human herpesvirus-6 (HHV-6) and JC virus (JCV). In a Phase 2 open-label study of posoleucel for the prevention of clinically significant infections due to the six viruses posoleucel targets, 88% of allo-HCT patients who received posoleucel remained free of clinically significant infections through week 14, the primary endpoint. Moreover, the non-relapse mortality rate in patients who received posoleucel was 0% through the | ✓ | ✓ | | |

| AC ¶ | Source (Date) | Alleged False and/or Misleading Statement | Why Statement Is Not Actionable[1] | | | |
|---|---|---|---|---|---|---|
| | | | Not Adequately Alleged To Be False or Misleading | Forward-looking | Puffery | Opinion |
| | | 52-week follow-up visit. Additionally, in the positive Phase 2 proof-of-concept CHARMS treatment study, which enrolled allo-HCT recipients infected by one or more of the six viruses posoleucel targets, more than 90% of patients who failed conventional treatment and received posoleucel demonstrated a complete or partial clinical response based on predefined criteria. | | | | |
| 154 | Ex. 29 (11/2/2023 Q3 2023 Form 10-Q) at 9 | **Posoleucel is being studied in three ongoing Phase 3 registrational trials for three distinct indications** - the prevention of clinically significant infections from multiple viruses, the treatment of virus-associated hemorrhagic cystitis, or HC, and the treatment of AdV infections – all in allogeneic hematopoietic cell transplant, or HCT, patients who are at high risk for life-threatening viral infections from the six viruses targeted by posoleucel. **Data readouts from all three trials are expected in the second half of 2024**. | ✓ | ✓ | | |