# Exhibit 2

**Excerpts of Risk Disclosures from AlloVir, Inc.'s SEC Filings**[1]

| Disclosure[2] | Source[3] |
|---|---|
| **Disclosure of Risks Related to Trial Termination (including DSMB Recommendations)** | |
| ***Clinical drug development involves a lengthy and expensive process with an uncertain outcome, and the inability to successfully and timely conduct clinical trials and obtain regulatory approval for our product candidates would substantially harm our business.***<br><br>Clinical testing is expensive and can take many years to complete, and its outcome is inherently uncertain. ***Failure can occur at any time during the clinical trial process. Product candidates in later stages of clinical trials may fail to show the desired safety and efficacy traits despite having progressed through preclinical studies and clinical trials***.<br><br>We may experience delays in our ongoing or future clinical trials and we do not know whether clinical trials will begin or enroll subjects on time, will need to be redesigned or will be completed on schedule, if at all, such as on account of the COVID-19 pandemic and its impact at clinical trials sites or on the third-party service providers on whom we rely. [. . .] Any inability to commence or complete our planned clinical trials of our product candidates as a result of a clinical hold or otherwise, will delay or terminate our clinical development plans for our product candidates, may require us to incur additional clinical development costs and could impair our ability to ultimately obtain FDA approval for our product candidates. ***Clinical trials may be delayed, suspended or prematurely terminated for a variety of other reasons, such as***:<br><br>[. . . .] | Ex. 18 (FY 2022 Form 10-K) at 66–67 (cited at AC ¶¶ 24–25, 115)<br><br>*See also* substantially similar risk disclosure in the following documents:<br><br>Ex. 12 (FY 2021 Form 10-K) at 65–66<br><br>Ex. 13 (Q3 2022 Form 10-Q) at 34–35<br><br>Ex. 23 (Q1 2023 Form 10-Q) at 29–31 (cited at AC ¶ 132)<br><br>Ex. 26 (Q2 2023 Form 10-Q) at 31–32 (cited at AC ¶ 142)<br><br>Ex. 29 (Q3 2023 Form 10-Q) at 31–32 (cited at AC ¶ 154) |

---

[1] For the Court's convenience, this Exhibit compiles risk disclosures relevant to Defendants' motion to dismiss the Amended Class Action Complaint, ECF No. 51 (the "AC"), all of which appeared in AlloVir's SEC filings or documents incorporated by reference in the AC. *See, e.g.*, *Squeri v. Mount Ida Coll.*, 954 F.3d 56, 61 (1st Cir. 2020). All exhibits ("Ex.") are attached to the Declaration of Caroline H. Bullerjahn, filed contemporaneously herewith.

[2] Unless otherwise noted, text that is underlined, italicized and bolded represents emphasis added. Text that is italicized and bolded, underlined and bolded, or only bolded, represents emphasis in the original.

[3] In this column, Defendants have provided the source of the quotation in the "Disclosure" column, as well as a citation to other risk disclosures with substantially similar (though not always exactly identical) language.

| Disclosure[2] | Source[3] |
|---|---|
| • *interim results or data that are ambiguous or negative* or are inconsistent with earlier results or data;<br><br>• *feedback from* the FDA, the IRB, *data safety monitoring boards* or comparable foreign authorities, or results from earlier stage or concurrent preclinical studies and clinical trials, that might require modification to the protocol for a study;<br><br>• a decision by the FDA, the IRB, comparable foreign authorities, or us, or *a recommendation by a data safety monitoring board or comparable foreign authority, to suspend or terminate clinical trials at any time for safety issues or for any other reason*;<br><br>• unacceptable benefit/risk profile, unforeseen safety issues or adverse side effects;<br><br>• *failure to demonstrate a benefit from using a product candidate*;<br><br>[. . . .]<br><br>• *Patient enrollment, a significant factor in the timing of clinical trials, is affected by many factors including*:<br><br>• *the size and nature of the patient population*;<br><br>[. . . .]<br><br>• *the design and eligibility criteria of the clinical trial*;<br><br>[. . . .]<br><br>In addition, disruptions caused by the COVID-19 pandemic may increase the likelihood that we encounter such difficulties or delays in initiating, enrolling, conducting or completing our planned and ongoing clinical trials. *We could also encounter delays if a clinical trial is suspended or terminated by us, by the IRBs of the institutions in which such trials are being conducted, by a Data Safety Monitoring Board for such trial or by the FDA or comparable foreign regulatory authorities. Such authorities may impose such a suspension or termination due to a number of factors, including failure to conduct the clinical trial in accordance with regulatory requirements or our clinical protocols, inspection of the clinical* |  |

2

| Disclosure[2] | Source[3] |
|---|---|
| *trial operations or trial site by the FDA or comparable foreign regulatory authorities resulting in the imposition of a clinical hold, unforeseen safety issues or adverse side effects, failure to demonstrate a benefit from using a drug, changes in governmental regulations or administrative actions or lack of adequate funding to continue the clinical trial.* In addition, changes in regulatory requirements and policies may occur, and we may need to amend clinical trial protocols to comply with these changes. Amendments may require us to resubmit our clinical trial protocols to IRBs for reexamination, which may impact the costs, timing or successful completion of a clinical trial. | |
| **Disclosures of Other Risks Related to Clinical Development** | |
| **Risks Related to Clinical Development**<br><br>*We are early in our development efforts and have only a small number of product candidates in clinical development. All of our other product candidates are still in preclinical development. If we or our collaborators are unable to successfully develop and commercialize product candidates or experience significant delays in doing so, our business may be materially harmed.*<br><br>We are early in our development efforts, and only a small number of our product candidates are in or are entering into clinical development. The majority of our product candidates are currently in preclinical development. We have invested substantial resources in identifying and developing potential product candidates, conducting preclinical studies and clinical trials and developing an efficient and scalable manufacturing process for our product candidates. Our ability to generate revenues, which we do not expect will occur for several years, if ever, will depend heavily on the successful development and eventual commercialization of our product candidates. *The success of our product candidates and our ability to generate revenues and achieve profitability will depend on many factors, including the following:*<br><br>    • *completion of preclinical studies and clinical trials with positive results*;<br><br>[. . . .]<br><br>    • acceptance of our products, if approved by applicable regulatory authorities, by patients | Ex. 18 (FY 2022 Form 10-K) at 62–63 (cited at AC ¶¶ 24–25, 115)<br><br>*See also* substantially similar risk disclosure in the following documents:<br><br>Ex.12 (FY 2021 Form 10-K) at 61<br><br>Ex. 13 (Q3 2022 Form 10-Q) at 30<br><br>Ex. 23 (Q1 2023 Form 10-Q) at 25–26 (cited at AC ¶ 132)<br><br>Ex. 26 (Q2 2023 Form 10-Q) at 27–28 (cited at AC ¶ 142)<br><br>Ex. 29 (Q3 2023 Form 10-Q) at 27–28 (cited at AC ¶ 154) |

| **Disclosure**[2] | **Source**[3] |
|---|---|
| and the medical community;<br><br>[. . . .]<br><br>If we do not achieve one or more of these factors in a timely manner or at all, we could experience significant delays or an inability to successfully develop and commercialize our product candidates, which could materially harm our business. | |
| ***The results of preclinical studies or earlier clinical trials are not necessarily predictive of future results. Our existing product candidates in clinical trials, and any other product candidate we advance into clinical trials, may not have favorable results in later clinical trials or receive regulatory approval.***<br><br>***Success in preclinical studies and early clinical trials does not ensure that later clinical trials, including our Phase 3 pivotal and Phase 2 proof-of-concept clinical trials of posoleucel, will generate adequate data to demonstrate the efficacy and safety of any of our product candidates***. Likewise, a number of companies in the pharmaceutical and biotechnology industries, including those with greater resources and experience than us, have suffered significant setbacks in clinical trials, even after seeing promising results in earlier preclinical studies or clinical trials. Despite the results reported in earlier preclinical studies or clinical trials for our product candidates, to date, results may not be replicated in subsequent trials, and we do not know whether the clinical trials we may conduct will demonstrate adequate efficacy and safety to result in regulatory approval to market posoleucel, ALVR106, ALVR109 or any future product candidates we develop from our allogeneic T cell immunotherapy platform. Additionally, certain of our clinical trial endpoints also may not be adequately powered in a particular subpopulation of our trial population. [. . .]<br><br>Efficacy data from prospectively designed trial may differ significantly from those obtained from retrospective subgroup analyses. In addition, clinical data obtained from a clinical trial with an allogeneic product candidate such as posoleucel may not yield the same or better results as compared to an autologous product candidate. Moreover, preclinical and clinical data are often susceptible to varying interpretations and analyses, and many companies that believed their product candidates performed satisfactorily in such studies nonetheless failed to obtain | Ex. 18 (FY 2022 Form 10-K) at 69 (cited at AC ¶¶ 24–25, 115)<br><br>*See also* substantially similar risk disclosure in the following documents:<br><br>Ex. 12 (FY 2021 Form 10-K) at 67–68<br><br>Ex. 13 (Q3 2022 Form 10-Q) at 36–37<br><br>Ex. 23 (Q1 2023 Form 10-Q) at 31-32 (cited at AC ¶ 132)<br><br>Ex. 26 (Q2 2023 Form 10-Q) at 33–34 (cited at AC ¶ 142)<br><br>Ex. 29 (Q3 2023 Form 10-Q) at 33 (cited at AC ¶ 154) |

| Disclosure[2] | Source[3] |
|---|---|
| FDA, EMA or other necessary regulatory agency approval.<br><br>***If later-stage clinical trials do not produce favorable results, our ability to achieve regulatory approval for any of our product candidates will be adversely impacted***. Even if we believe that we have adequate data to support an application for regulatory approval to market any of our product candidates, no cell-based therapies for the treatment of viral diseases have been approved to date, and the FDA or other regulatory authorities may not agree and may require that we conduct additional clinical trials to support the regulatory approval of our product candidates. ***If we fail to obtain results in our planned and future preclinical and clinical activities and studies sufficient to meet the requirements of the relevant regulatory agencies, the development timeline and regulatory approval and commercialization prospects for any potential product candidate, and, correspondingly, our business and financial prospects, would be materially adversely affected***. | |
| ***Our future success is dependent on the regulatory approval of our product candidates. The regulatory approval processes of the FDA and comparable foreign authorities are lengthy, time consuming and inherently unpredictable, and if we are ultimately unable to obtain regulatory approval for our product candidates, our business will be substantially harmed.***<br><br>[. . . .]<br><br>Our product candidates could fail to receive regulatory approval from the FDA or a comparable foreign regulatory authority for many reasons, including:<br><br>[. . . .]<br><br>• failure to demonstrate to the satisfaction of regulatory agencies that our product candidates are safe and effective, or have a positive benefit/risk profile for its proposed indication;<br><br>• ***failure of clinical trials to meet the level of statistical significance required for approval***;<br><br>[. . . .]<br><br>• the insufficiency of data collected from clinical trials of our product candidates to | Ex. 18 (FY 2022 Form 10-K) at 63 (cited at AC ¶¶ 24–25, 115)<br><br>*See also* substantially similar risk disclosure in the following documents:<br><br>Ex. 12 (FY 2021 Form 10-K) at 62<br><br>Ex. 13 (Q3 2022 Form 10-Q) at 31<br><br>Ex. 23 (Q1 2023 Form 10-Q) at 26 (cited at AC ¶ 132)<br><br>Ex. 26 (Q2 2023 Form 10-Q) at 28 (cited at AC ¶ 142)<br><br>Ex. 29 (Q3 2023 Form 10-Q) at 28 (cited at AC ¶ 154) |

| Disclosure[2] | Source[3] |
|---|---|
| support the submission and filing of a Biologics License Application, or BLA, or other submission or to obtain regulatory approval;<br><br>[. . . .]<br><br>• our failure to obtain and retain accurate data in our clinical trials. | |
| ***Interim, "topline" or preliminary data from our clinical trials that we may announce or share with regulatory authorities from time to time may change as more patient data become available and are subject to audit and verification procedures that could result in material changes in the final data.***<br><br>From time to time, we may announce or share with regulatory authorities interim "topline" or preliminary data from our clinical trials, such as the June 2022 announcement of preliminary results for our Phase 2 posoleucel study for the treatment of BK virus, or BKV, in adult kidney transplant recipients, which is based on a preliminary analysis of then-available data, and the results and related findings and conclusions are subject to change following a more comprehensive review of the data related to the particular study or trial. We also make assumptions, estimations, calculations and conclusions as part of our analyses of data, and we may not have received or had the opportunity to fully and carefully evaluate all data. As a result, the topline or preliminary results that we report may differ from future results of the same studies, or different conclusions or considerations may qualify such results, once additional data have been received and fully evaluated. Interim data from clinical trials that we may complete are subject to the risk that one or more of the clinical outcomes may materially change as patient enrollment continues and more patient data become available. We also make assumptions, estimations, calculations and conclusions as part of our analyses of data, and we may not have received or had the opportunity to fully and carefully evaluate all data. Preliminary or "topline" data also remain subject to audit and verification procedures that may result in the final data being materially different from the preliminary data we previously announced. As a result, interim, "topline," and preliminary data should be viewed with caution until the final data are available. Adverse differences between preliminary, "topline," or interim data and final data could impact the regulatory approval of, and significantly harm the prospects for any product candidate that is impacted by the applicable data. | Ex. 18 (FY 2022 Form 10-K) at 69–70 (cited at AC ¶¶ 24–25, 115)<br><br>*See also* substantially similar risk disclosure in the following documents:<br><br>Ex. 12 (FY 2021 Form 10-K) at 68<br><br>Ex. 13 (Q3 2022 Form 10-Q) at 37<br><br>Ex. 23 (Q1 2023 Form 10-Q) at 32 (cited at AC ¶ 132)<br><br>Ex. 26 (Q2 2023 Form 10-Q) at 34 (cited at AC ¶ 142)<br><br>Ex. 29 (Q3 2023 Form 10-Q) at 34 (cited at AC ¶ 154) |

| **Disclosure**[2] | **Source**[3] |
|---|---|
| Further, others, including regulatory agencies, may not accept or agree with our assumptions, estimates, calculations, conclusions or analyses or may interpret or weigh the importance of data differently, which could impact the value of the particular program, the approvability or commercialization of the particular product candidate or product and our business in general. In addition, the information we choose to publicly disclose regarding a particular study or clinical trial is based on what is typically extensive information, and you or others may not agree with what we determine is the material or otherwise appropriate information to include in our disclosure, and any information we determine not to disclose may ultimately be deemed significant with respect to future decisions, conclusions, views, activities or otherwise regarding a particular product candidate or our business. If the interim, "topline," or preliminary data that we report differ from actual results, or if others, including regulatory authorities, disagree with the conclusions reached, our ability to obtain approval for and commercialize our product candidates, our business, operating results, prospects or financial condition may be harmed. | |

| **Disclosure of Risks Related to Commercialization of Posoleucel and Other Product Candidates** | |
|---|---|
| ***We may not successfully identify, acquire, develop or commercialize new potential product candidates.***<br><br>Part of our business strategy is to expand our product candidate pipeline by identifying and validating new product candidates, which we may develop ourselves, in-license or otherwise acquire from others. In addition, in the event that our existing product candidates do not receive regulatory approval or are not successfully commercialized, then the success of our business will depend on our ability to expand our product pipeline through in-licensing or other acquisitions. We may be unable to identify relevant product candidates. If we do identify such product candidates, we may be unable to reach acceptable terms with any third party from which we desire to in-license or acquire them. | Ex. 18 (FY 2022 Form 10-K) at 75 (cited at AC ¶¶ 24–25, 115)<br><br>*See also* substantially similar risk disclosure in the following documents:<br><br>Ex. 12 (FY 2021 Form 10-K) at 73<br><br>Ex. 13 (Q3 2022 Form 10-Q) at 42<br><br>Ex. 23 (Q1 2023 Form 10-Q) at 37 (cited at AC ¶ 132)<br><br>Ex. 26 (Q2 2023 Form 10-Q) at 39 (cited at AC ¶ 142)<br><br>Ex. 29 (Q3 2023 Form 10-Q) at 39 (cited at AC ¶ 154) |

| Disclosure[2] | Source[3] |
|---|---|
| ***Our business is highly dependent on our lead product candidate, posoleucel, and we must complete clinical testing before we can seek regulatory approval and begin commercialization of any of our product candidates.***<br><br>There is no guarantee that any of our product candidates will proceed in preclinical or clinical development or achieve regulatory approval. The process for obtaining marketing approval for any product candidate is very long and risky and there will be significant challenges for us to address in order to obtain marketing approval as planned or, if at all.<br><br>***There is no guarantee that the results obtained in current clinical studies or planned Phase 3 clinical trials of posoleucel will be sufficient to obtain regulatory approval or marketing authorization for HC, AdV, prevention or any other indication***. Negative results in the development of our lead product candidates may also impact our ability to obtain regulatory approval for our other product candidates, either at all or within anticipated timeframes because, although other product candidates may target different indications, the underlying technology platform, manufacturing process and development process is the same for all of our product candidates. Accordingly, a failure in any one program may affect the ability to obtain regulatory approval to continue or conduct clinical programs for other product candidates.<br><br>In addition, because we have limited financial and personnel resources and are placing significant focus on the development of our lead product candidates, we may forgo or delay pursuit of opportunities with other future product candidates that later prove to have greater commercial potential. Our resource allocation decisions may cause us to fail to capitalize on viable commercial products or profitable market opportunities. Our spending on current and future research and development programs and other future product candidates for specific indications may not yield any commercially viable future product candidates. If we do not accurately evaluate the commercial potential or target market for a particular future product candidate, we may relinquish valuable rights to those future product candidates through collaboration, licensing or other royalty arrangements in cases in which it would have been more advantageous for us to retain sole development and commercialization rights to such future product candidates. | Ex. 18 (FY 2022 Form 10-K) at 76–77 (cited at AC ¶¶ 24–25, 115)<br><br>*See also* substantially similar risk disclosure in the following documents:<br><br>Ex. 12 (FY 2021 Form 10-K) at 75<br><br>Ex. 13 (Q3 2022 Form 10-Q) at 44<br><br>Ex. 23 (Q1 2023 Form 10-Q) at 38–39 (cited at AC ¶ 132)<br><br>Ex. 26 (Q2 2023 Form 10-Q) at 40–41 (cited at AC ¶ 142)<br><br>Ex. 29 (Q3 2023 Form 10-Q) at 40–41 (cited at AC ¶ 154) |

| **Disclosure**[2] | **Source**[3] |
|---|---|
| **Disclosure of Risks Related to Financial Condition** | |
| *We are a late clinical-stage cell therapy company and we have incurred net losses since our inception. We anticipate that we will continue to incur significant losses for the foreseeable future, and may never achieve or maintain profitability.*<br><br>Investment in biopharmaceutical product development is highly speculative because it entails substantial upfront capital expenditures and significant risk that any potential product candidate will fail to demonstrate adequate effect or an acceptable safety profile, gain regulatory approval and become commercially viable. We have no products approved for commercial sale and have not generated any revenue from product sales to date, and we will continue to incur significant research and development and other expenses related to our clinical development and ongoing operations. As a result, we are not profitable and have incurred losses in each period since our inception. Since our inception, we have devoted substantially all of our financial resources and efforts to research and development, including preclinical studies and our clinical trials. Our financial condition and operating results, including net losses, may fluctuate significantly from quarter to quarter and year to year. Accordingly, you should not rely upon the results of any quarterly or annual periods as indications of future operating performance. Additionally, net losses and negative cash flows have had, and will continue to have, an adverse effect on our stockholders' equity and working capital. Our net losses were $168.7 million and $172.0 million for the years ended December 31, 2022 and 2021, respectively. As of December 31, 2022, we had an accumulated deficit of $465.8 million. We expect to continue to incur significant losses for the foreseeable future, and we expect these losses to increase as we continue our research and development of, and seek regulatory approvals for, our product candidates. | Ex. 18 (FY 2022 Form 10-K) at 86 (cited at AC ¶¶ 24–25, 115)<br><br>*See also* substantially similar risk disclosure in the following documents:<br><br>Ex. 12 (FY 2021 Form 10-K) at 88<br><br>Ex. 13 (Q3 2022 Form 10-Q) at 57<br><br>Ex. 23 (Q1 2023 Form 10-Q) at 48 (cited at AC ¶ 132)<br><br>Ex. 26 (Q2 2023 Form 10-Q) at 51 (cited at AC ¶ 142)<br><br>Ex. 29 (Q3 2023 Form 10-Q) at 51 (cited at AC ¶ 154) |
| **Disclosures Identifying Forward-Looking Statements** | |
| SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS<br><br>This Annual Report on Form 10-K contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. All statements other than statements of historical facts contained in this Annual Report on Form 10-K are forward-looking statements, | Ex. 18 (FY 2022 Form 10-K) at 2–3 (cited at AC ¶¶ 24–25, 115)<br><br>*See also* substantially similar disclosure in the following documents |

| Disclosure[2] | Source[3] |
|---|---|
| including but not limited to, statements about:<br><br>• the success, cost, timing and potential indications of our product development activities and clinical trials, including the ongoing and future clinical trials of posoleucel and ALVR106;<br><br>• the timing of our planned Investigational New Drug, or IND, submissions to the FDA for our product candidates, including ALVR107;<br><br>• the timing of the initiation, enrollment and completion of planned clinical trials;<br><br>• our plans to research, develop and commercialize our product candidates, including posoleucel, ALVR106, and ALVR107;<br><br>[. . . .]<br><br>• our ability to successfully manufacture and distribute posoleucel, ALVR106 or any other future product or product candidate;<br><br>[. . . .]<br><br>• whether the results of our clinical trials will be sufficient to support domestic or foreign regulatory approvals for any of our product candidates;<br><br>• our ability to successfully commercialize our product candidates, including posoleucel and ALVR106;<br><br>• the rate and degree of market acceptance of our product candidates, including posoleucel and ALVR106;<br><br>• our ability to obtain and maintain regulatory approval of our product candidates in any of the indications for which we plan to develop them, and any related restrictions, limitations or warnings in the label of any approved product we develop;<br><br>[. . . .]<br><br>• our financial performance;<br><br>[. . . .] | Ex. 23 (Q1 2023 Form 10-Q) at 2–3 (cited at AC ¶ 132)<br><br>Ex. 26 (Q2 2023 Form 10-Q) at 2–3 (cited at AC ¶ 142)<br><br>Ex. 29 (Q3 2023 Form 10-Q) at 2–3 (cited at AC ¶ 154) |

| **Disclosure**[2] | **Source**[3] |
|---|---|
| In some cases, you can identify forward-looking statements by the words "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "objective," "ongoing," "plan," "predict," "project," "potential," "should," "will," or "would," or the negative of these terms, or other comparable terminology intended to identify statements about the future. These statements involve known and unknown risks, uncertainties and other factors that may cause our actual results, levels of activity, performance or achievements to be materially different from the information expressed or implied by these forward-looking statements.<br><br>In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date of this report, and while we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and our statements should not be read to indicate that we have conducted an exhaustive inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain, and investors are cautioned not to unduly rely upon these statements.<br><br>You should read the section titled "Risk Factors" set forth in Part I, Item 1A of this Annual Report on Form 10-K for a discussion of important factors that may cause our actual results to differ materially from those expressed or implied by our forward-looking statements. Moreover, we operate in an evolving environment. New risk factors and uncertainties may emerge from time to time, and it is not possible for management to predict all risk factors and uncertainties. As a result of these factors, we cannot assure you that the forward-looking statements in this Annual Report on Form 10-K will prove to be accurate. Except as required by applicable law, we do not plan to publicly update or revise any forward-looking statements contained herein, whether as a result of any new information, future events, changed circumstances or otherwise.<br><br>You should read this Annual Report on Form 10-K, completely and with the understanding that our actual future results may be materially different from what we expect. We qualify all of our forward-looking statements by these cautionary statements. | |

11

| Disclosure[2] | Source[3] |
|---|---|
| **Forward-Looking Statements**<br><br>This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, as amended, including, without limitation, statements regarding the safety, efficacy and regulatory and clinical progress of our product candidates, including posoleucel, the planned conduct of its preclinical studies, and clinical trials and its prospects for success in those studies and trials, the financial outlook for the full-year 2023, including estimates of operating expenses, and its strategy, business plans and focus. The words "may," "will," "could," "would," "should," "expect," "plan," "anticipate," "intend," "believe," "estimate," "predict," "project," "potential," "continue," "target" and similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain these identifying words. Any forward-looking statements in this press release are based on management's current expectations and beliefs and are subject to a number of risks, uncertainties, and important factors that may cause actual events or results to differ materially from those expressed or implied by any forward-looking statements contained in this press release, including, without limitation, those related to AlloVir's financial results, the timing for the initiation and successful completion of AlloVir's clinical trials of its product candidates, whether and when, if at all, AlloVir's product candidates will receive approval from the U.S. Food and Drug Administration, or FDA, or other foreign regulatory authorities, competition from other biopharmaceutical companies, the impact of the COVID-19 pandemic on AlloVir's product development plans, supply chain, and business operations and other risks identified in AlloVir's Securities and Exchange Commission (SEC) filings, including but not limited to the risks discussed in AlloVir's Quarterly Report on Form 10-Q for the quarter ended September 30, 2022 and in our other filings with the SEC. AlloVir cautions you not to place undue reliance on any forward-looking statements, which speak only as of the date they are made. AlloVir disclaims any obligation to publicly update or revise any such statements to reflect any change in expectations or in events, conditions, or circumstances on which any such statements may be based, or that may affect the likelihood that actual results will differ from those set forth in the forward-looking statements. Any forward-looking statements contained in this press release represent AlloVir's views only as of the date hereof and should not be relied upon as representing its views as of any subsequent date. | Ex. 17 (FY 2022 Press Release) at 4 (cited at AC ¶¶ 40, 113)<br><br>*See also* substantially identical disclosure in the following documents<br><br>Ex. 20 (4/26/2023 Press Release) at 2 (cited at AC ¶¶ 117–118, 120, 122)<br><br>Ex. 22 (5/4/2023 Q1 2023 Press Release) (cited at AC ¶¶ 127–128, 130)<br><br>Ex. 25 (8/3/2023 Q2 2023 Press Release) (cited at AC ¶¶ 137–138, 140)<br><br>Ex. 28 (11/2/2023 Q3 2023 Press Release) (cited at AC ¶¶ 149–150, 152) |

| Disclosure[2] | Source[3] |
|---|---|
| **Diana Brainard:**<br><br>I will be making forward-looking statements. | Ex. 15 (1/10/2023 J.P. Morgan Healthcare Conference Transcript), at 4 (cited at AC ¶¶ 102–103, 105, 107, 109, 111) |
| This presentation may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, including, but not limited to, statements regarding the safety, efficacy and regulatory and clinical progress of our product candidates, including posoleucel. All such forward-looking statements are based on management's current expectations of future events and are subject to a number of risks and uncertainties that could cause actual results to differ materially and adversely from those set forth in or implied by such forward-looking statements. The use of words such as, but not limited to, "may," "might," "will," "should," "expect," "plan," "anticipate," "believe," "estimate," "project," "intend," "future," "potential," or "continue," and other similar words or expressions are intended to identify forward-looking statements. Forward-looking statements are neither historical facts nor assurances of future performance. Instead, they are based on our current beliefs, expectations and assumptions regarding the future of our business, future plans and strategies, our clinical results and other future conditions. All statements other than statements of historical facts contained in this presentation, including statements regarding future results of operations and financial position, business strategy, current and prospective product candidates ongoing, and planned clinical trials and preclinical activities, including the initiation, timing, enrollment, progress and results of our preclinical and clinical studies and our research and development programs, product approvals, research and development costs, current and prospective collaborations, timing and likelihood of success, including our ability to advance and successfully complete clinical studies, the timing and likelihood of success of our clinical trials, and the timing or likelihood of regulatory filings and approvals, expectations regarding market acceptance and size, plans for launch and commercialization, plans and objectives of management for future operations, and future results of anticipated product candidates, are forward-looking statements. New risks and uncertainties may emerge from time to time, and it is not possible to predict all risks and uncertainties. No representations or warranties (expressed or implied) are made about the accuracy of any such forward-looking statements. | Ex. 16 (1/10/2023 J.P. Morgan Healthcare Conference Slide Deck), at 2 (cited at AC ¶¶ 102–103, 105, 107, 109, 111) |

13

| Disclosure[2] | Source[3] |
|---|---|
| These statements are also subject to a number of material risks and uncertainties that are discussed in the section entitled "Risk Factors" in our annual report on Form 10-K for the fiscal year ended December 31, 2021, as well as discussions of potential risks, uncertainties, and other important factors in our subsequent filings with the Securities and Exchange Commission. Any forward-looking statement speaks only as of the date on which it was made. Neither we, nor our affiliates, advisors or representatives, undertake any obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future events or otherwise, except as required by law.<br><br>Certain information contained in this presentation relates to or is based on studies, publications, surveys and other data obtained from third-party sources and the Company's own internal estimates and research. While we believe these third-party sources to be reliable as of the date of this presentation, we have not independently verified, and we make no representation as to the adequacy, fairness, accuracy or completeness of any information obtained from third-party sources. In addition, all of the market data included in this presentation involves a number of assumptions and limitations, and there can be no guarantee as to the accuracy or reliability of such assumptions. Finally, while we believe our own internal research is reliable, such research has not been verified by any independent source. | |