# Exhibit 3

**Protocol Number: P-105-202**

**Official Title: Phase 2/3, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Assess the Safety and Efficacy of ALVR105 (Viralym-M) Compared to Placebo for the Prevention of AdV, BKV, CMV, EBV, HHV-6, and JCV Infection and/or Disease, in High-Risk Patients After Allogeneic Hematopoietic Cell Transplant**

**NCT Number: NCT05305040**

**Document Date: 01 May 2023**

# CLINICAL STUDY PROTOCOL

**Phase 2/3, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Assess the Safety and Efficacy of Posoleucel (ALVR105, Viralym-M) Compared to Placebo for the Prevention of AdV, BKV, CMV, EBV, HHV-6, and JCV Infection and/or Disease, in High-Risk Patients After Allogeneic Hematopoietic Cell Transplant**

**Investigational Product:** posoleucel (PSL), formerly ALVR105, Viralym-M
**Protocol Number:** P-105-202

**IND:** 28113
**EudraCT:** 2021-005105-27

**Sponsor:**
AlloVir, Inc.
1100 Winter Street
Waltham, MA 02451 United States
Telephone: 617-433-2605

**FINAL PROTOCOL**

**Amendment 6, Version 7.0, 01 May 2023**

**Confidentiality Statement**

The information in this document is confidential and is not to be disclosed without the written consent of AlloVir except to the extent that disclosure would be required by law and for the purpose of evaluating and/or conducting a clinical study for AlloVir. You are allowed to disclose the contents of this document only to your Institutional Review Board or Independent Ethics Committee and study personnel directly involved with conducting this protocol. Persons to whom the information is disclosed must be informed that the information is confidential and proprietary to AlloVir and that it may not be further disclosed to third parties.

## 4.        STUDY DESIGN

### 4.1.        Overall Design

This is a Phase 2/3, multi-center, randomized, double-blind, placebo-controlled trial comparing posoleucel to placebo for the prevention of infection or disease due to AdV, BKV, CMV, EBV, HHV-6 or JCV in high-risk adult and pediatric patients after allogeneic HCT.

There are 2 parts to the study, an open label Phase 2 cohort and the primary Phase 3 randomized study cohort. Approximately 327 to 337 eligible allogeneic HCT recipients will be dosed. Based on a planned interim sample size re-estimation (SSRE) analysis, additional patients may be dosed in Phase 3. The first 25 to 35 patients (open label cohort) will receive posoleucel for 14 weeks of open-label dosing and an assessment and optimization of study processes will be performed. Enrollment of participants <1 year of age will occur once preliminary safety data are available from 5 participants ≥1 and ≤6 years of age.

This study is comprised of a screening period, a treatment period, and a follow-up period. The screening period for eligibility may begin at up to 4 weeks (28 days) prior to the estimated time of HCT, although study screening labs can only be obtained after HCT has occurred. The screening period may vary in length of up to 10 weeks. The treatment period is 14 weeks, and the follow-up period is approximately 12 weeks. Overall, the total duration of patient participation in the study is up to approximately 36 weeks (up to 10 weeks for screening, 14-week treatment period, and 12 weeks of follow-up).

Patients will also receive a post-study follow-up contact (eg, telephone call, e-mail) approximately 52 weeks after their first treatment to assess patient status. Patients enrolled in the United Kingdom will not complete a post study follow-up contact.

A review by the Data Safety Monitoring Board (DSMB) was conducted when 26 patients in the open label cohort completed 30 days of treatment, and the DSMB confirmed agreement with initiation of Phase 3. Approximately 302 patients in the Phase 3 study cohort will then be dosed with posoleucel or placebo at a 1:1 ratio. A futility analysis and sample size re-estimation (SSRE) will be conducted, the details of which will be described separately. Based on a planned interim sample size re-estimation (SSRE) analysis, approximately 125 additional patients may be dosed in Phase 3.

In order to best facilitate comparable baseline characteristics in the active and placebo arms of the study, randomization will be stratified for the following criteria: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Patients will be tested at the first laboratory assessment during Screening by the central laboratory for AdV, BKV, CMV, EBV, HHV-6, and JCV viremia using polymerase chain reaction (PCR) assays for each virus. On the day of randomization, eligibility for enrollment into the study should be confirmed (including confirmation that HCT has taken place).

Patients may receive all standard of care antiviral prophylaxis at their treating institutions. Letermovir prophylaxis begun prior to randomization is thus allowed. With respect to other prophylaxis treatments see the inclusion criteria (Section 5.1).

Study therapy (with posoleucel or placebo) should begin as early as possible if the patient has clinically engrafted and should be targeted to occur by Day 25 (+5 days with sponsor approval). For patients on anti-thymocyte globulin (ATG), alemtuzumab (Campath-1H), or other immunosuppressive T cell-targeted monoclonal antibodies, study therapy will begin at least 21

Descriptive statistics will be provided for continuous clinical laboratory, and vital sign. Abnormal laboratory results will be graded according to NCI CTCAE v5.0, if applicable. Shift tables, presenting the 2-way frequency tabulation for baseline and the worst post-baseline value according to the NCI CTCAE grade, will be provided for selected clinical laboratory tests.

### 9.4.6.    Other Analyses

The baseline demographics of participants, such as age and gender, will be summarized by treatment group using frequency counts and percentages for categorical variables and descriptive statistics for continuous variables. Continuous variables will be analyzed using a two- sided, two-sample t-test to test for a difference in means between treatment groups. Categorical variables will be analyzed using a two-sided, Fisher's Exact Test to test for a difference in proportions between treatment groups.

Subgroup analyses may be performed to assess the impact of type of disease, type of transplant, concomitant medications, and other potential groups.

### 9.5.    Interim Analysis

A futility analysis and sample size re-estimation (SSRE) will be conducted in Phase 3, the details of which will be described separately.

The SSRE will be conducted in a manner so as to minimize the risk of operational bias. Information concerning the specific results of the SSRE will be kept confidential. In particular, the information will be kept from the investigators and site staff, patients, sponsor study team, and the CAC. The sample size may be increased to approximately 125 additional patients dosed, and any decision to increase the sample size, if such a decision were to be made, will be communicated.

### 9.5.1.    Stopping Criteria

### 9.5.1.1.    Stopping Criteria for Individual Patients

As GVHD and CRS are theoretical safety concerns associated with administration of third-party allogeneic T cells, the incidence and severity of GVHD and CRS will be monitored during the study.

No patients will be permitted to receive subsequent infusions of posoleucel or placebo if they meet criteria outlined in Section 7.1.

### 9.5.1.2.    Stopping Criteria for the Study

Randomization and active dosing in the open label Phase 2 cohort will be halted if 3 patients experience SAEs that meet all the following criteria:

- CTCAE ≥ Grade 3
- Considered related by the Investigator
- Occur during the Treatment Period following the initial dose
- Cannot be reasonably attributed to the patient's underlying disease, other medical condition, or concomitant medications

If this occurs, in the open label Phase 2 cohort, randomization will not resume until the DSMB has completed a thorough review of all safety data to date and concluded that it is safe for the study to continue.

In Phase 3, the DSMB will assess safety on an ongoing basis and will make recommendations on study continuation.

## 10.8.        Appendix 8:  Amendment Changes and Rationale

Several amendments have occurred and a summary of changes and rationale is included below.

| Protocol Version | Date | Patient Enrollment |
| --- | --- | --- |
| Original, Version 1 | 13 July 2020 | None |
| Amendment 1, Version 2 | 27 October 2020 | Yes |
| Amendment 2, Version 3 | 7 April 2021 | Yes |
| Amendment 3, Version 4 | 28 July 2021 | None |
| Amendment 4, Version 5 | 19 October 2021 | Yes |
| Amendment 4, Version 5.1 | 12 January 2022 | Yes, UK Specific Amendment |
| Amendment 5, Version 6 | 11 January 2023 | Planned |
| Amendment 6, Version 7 | 01 May 2023 | Planned |

### 10.8.1.     Amendment 1 rationale

This amendment updates and supersedes P-105-202 Original Protocol, dated 13 July 2020, as follows:

Modifications made to the protocol as a part of Amendment 1 and a brief rationale for the change are summarized below.

Major Revisions include:

- Clarification on cell line change language

The original protocol states "A cell line different from the initial infusion will be considered for patients with new or progressing infection; the Investigator may change to a different cell line only with consultation and approval from the Sponsor." This sentence was deleted in Amendment 1.

Given the size and phase of this protocol, cell line changes will not be approved for participants in this study to ensure clear study results.

- Clarification on retreatment option

The original protocol states "If clinically significant viremia occurs and/or there is new or recurring clinically significant disease during the follow-up period, a patient may be retreated at the discretion of the Investigator in consultation with the Medical Monitor." This sentence is deleted in Amendment 1.

Given the size and phase of this protocol, retreatment will not be approved for participants in this study to ensure clear study results.

- Update to blood volume table

The original protocol includes blood volumes by weight in sections 2.3.2 and 10.4. Specific blood volume information in the protocol has been deleted and reference is made instead to the Laboratory Manual.

There was an error in the blood volume calculations. They did not include the blood volumes needed for viral load testing as described in the Schedule of Activities and Assessments. The blood volume table was updated in accordance with the full scope of lab tests and included it in

**Section 10.4.1**

- Clarified only a single FSH may be used to confirm postmenopausal state

**Section 10.5**

- Corrected typo in Table 9

### 10.8.7.    Amendment 6 Rationale

This amendment updates and supersedes P-105-202 Amendment 5, Version 6, dated 11 January 2023.

Modifications made to the protocol as part of Amendment 6 and a brief rationale for the changes are summarized below. Some general changes include capitalization of posoleucel as needed, per company conventions and the addition of clarifications as needed.

There are two key reasons for this protocol amendment. The first is that the inclusion/exclusion criteria were inadvertently excluding the high risk patients we were aiming to target and could potentially benefit most from prevention of the target viral infections. The second is operational and is detailed at the bottom of this section. The changes listed below are made to capture the highest risk patients without compromising safety:

- Capped first dose date at post-HCT day 30, with emphasis on dosing at engraftment up to day 25 to reflect changes in post-transplant viral risk trends as conditioning regimens evolve (more transplants in higher risk patients leading to need for stronger GVHD prophylaxis regimens)

- Removed acyclovir, valacyclovir, and famciclovir exclusion as typical prophylaxis for non-target herpes viruses, not per guidelines used for treatment of any of our 6 viruses and dosing is variable by patient age, size, and region for those other non-exclusionary reasons. Removed antiviral washout prior to randomization; the washout now applies to dosing due to delay from randomization to dosing and the need for confirmation of eligibility of no clinically significant infection at time of dosing

- Capped enrollment of MUD patients not receiving T-cell depletion or post transplant cyclophosphamide as such patients have been observed to be at lower risk for infection

- Allowed patients on up to 1.0 mg/kg/day prednisone equivalent (increased from 0.5 mg/kg/day) to receive their first dose due to:

  - Very high risk population for viral infection that were being excluded due to timing of onset of acute GVHD; potential substantial benefit of posoleucel in this patient population

  - Low concern for safety impact to patients given no GVHD-related safety signals yet identified in the trial

  - Language more closely reflects previous amendment change allowing dosing through any dose of steroids once patient is on trial (per investigator decision)

  - Exclusion of grade 3-4  acute GVHD at dosing remains, so patients with severe disease early post transplant will still be excluded until additional safety data are known

○ There is new literature support for minimal impact of VST function with steroids at typical clinical doses (Al-Akioui-Sanz 2023)

○ Collection of primary data will allow additional in vivo experience specific to posoleucel

The second critical reason for the protocol amendment was operational/logistical, to allow shipping of cells prior to patient's engraftment so that patients can be dosed prior to infection onset once engraftment occurs. The following details this change:

- Removed requirement for engraftment for randomization. Engraftment now required prior to dosing with no change to criterion for confirming engraftment (clinical engraftment, as evidenced by absolute neutrophil count (ANC) $\geq$500/mm$^3$). There is no safety impact for this change, rather it allows investigational product to be shipped earlier to allow for earlier first dose.

**Detailed revisions include:**

**Section 1.1**

- Updated synopsis section based on changes throughout protocol

**Section 1.2**

- Updated schematic to add potential sample size increase and guidance on randomization and dosing timing

**Section 1.3**

- Updated Table 1 and footnotes with new timing for Screening Visit

- Updated Table 2, Table 3 and footnotes with new timing for Screening, randomization and 1st dose, added window around vital signs during dosing visits

- Updated Table 2 footnotes to add additional pregnancy testing required in South Korea only

**Section 2.1**

- Added additional rationale for study

**Section 4.1**

- Added information on potential for increased sample size after SSRE

- Clarified timing to 1st dose

- Clarified visit frequency for adults

**Section 5.1**

- Updated Inclusion #3 to clarify all elements required prior to dosing, not randomization

- Updated Inclusion #4 to clarify MUD patient eligibility

**Section 5.2**

- Updated Exclusion #9 to clarify anti-viral medication washout

Signature Page for P-105-202 Protocol v7.0 Amendment 6, 01 May 2023_Clean
VV-CLIN-000205 v1.0



| Approval Task | |
|---|---|
| | 28 GMT+0000 |

| Approval Task | |
|---|---|
| | 17 GMT+0000 |

| Approval Task | |
|---|---|
| | 12:40:45 GMT+0000 |

Signature Page for P-105-202 Protocol v7.0 Amendment 6, 01 May 2023_Clean
VV-CLIN-000205 v1.0