# Exhibit 4

**Protocol Number: P-105-202**

**Official Title: Phase 2/3, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Assess the Safety and Efficacy of ALVR105 (Viralym-M) Compared to Placebo for the Prevention of AdV, BKV, CMV, EBV, HHV-6, and JCV Infection and/or Disease, in High-Risk Patients After Allogeneic Hematopoietic Cell Transplant**

**NCT Number: NCT05305040**

**Document Date: 22 June 2023**

# STATISTICAL ANALYSIS PLAN

**Protocol Title:**            Phase 2/3, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Assess the Safety and Efficacy of ALVR105 (Viralym-M) Compared to Placebo for the Prevention of AdV, BKV, CMV, EBV, HHV-6, and JCV Infection and/or Disease, in High-Risk Patients After Allogeneic Hematopoietic Cell Transplant

**Protocol Number:**           P-105-202

**Protocol Version/Date:**     V7.0 Amendment 6, 01 May 2023

**Investigational Product:**    Posoleucel (ALVR105, Viralym-M)

**Sponsor:**                   AlloVir
                               1100 Winter Street
                               Waltham, MA  02451
                               United States

**SAP Version/Date:**          V1.0/22 June 2023 (Phase 3)

## CONFIDENTIAL

The information in this document is confidential and is not to be disclosed without the written consent of AlloVir except to the extent that disclosure would be required by law and for the purpose of evaluating and/or conducting a clinical study for AlloVir. You are allowed to disclose the contents of this document only to your Institutional Review Board or Independent Ethics Committee and study personnel directly involved with conducting this protocol. Persons to whom the information is disclosed must be informed that the information is confidential and proprietary to AlloVir and that it may not be further disclosed to third parties.

## SIGNATURE PAGE

**Protocol Title:**    Phase 2/3, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Assess the Safety and Efficacy of ALVR105 (Viralym-M) Compared to Placebo for the Prevention of AdV, BKV, CMV, EBV, HHV-6, and JCV Infection and/or Disease, in High-Risk Patients After Allogeneic Hematopoietic Cell Transplant

**Protocol Number:**    P-105-202

**SAP Version/Date:**    V1.0/22 June 2023 (Phase 3)

We, the undersigned, have reviewed and approved this Statistical Analysis Plan:

AlloVir, Inc

AlloVir, Inc

using logistic regression with a term for study treatment and the same covariates as used for the analysis of the primary efficacy endpoint. As a sensitivity analysis for the primary efficacy endpoint, the letermovir use at Baseline may be adjusted in the ANCOVA model if it is very different from the letermovir use at randomization.

## 5.3        Handling of Dropouts and Missing Data

If there are missing data due to intercurrent events or early termination from study for the primary efficacy endpoint or the key secondary efficacy endpoint, multiple imputation methods (Rubin, 1987) will be used to impute the missing data. The overall imputation will be based on distinct Cox proportional hazards (PH) analyses for each of the six types of viral infection for each of the two arms separately (i.e., 12 distinct Cox PH models overall). These models will be fit on patients with complete data. For patients with missing data, each model will be used to estimate the probability that the patient will have an infection of the given type between the time they were lost to follow-up (t) and Week 14 based on the Cox PH model for that treatment and type of infection, and assuming that the patient did not have the particular infection by time t. For each iteration of the multiple imputation, these probabilities of infection will be used to impute the missing value for each viral infection for each patient, and these imputed values will be summed together with the observed occurrences up through time t to obtain the value of the endpoint for the patient for the given iteration. Additional details of the imputation approach are described in Section 8 (Efficacy Analyses).

## 5.4        Interim Analyses and Data Monitoring

A formal interim futility analysis and a sample size re-estimation (SSRE) based on the primary efficacy endpoint will be conducted after the first 121 subjects have completed Week 14 or discontinued prior to Week 14, which is 40% of the planned sample size of 302 subjects. The SSRE will be conducted in a manner so as to minimize the risk of operational bias. Information concerning the specific results of the SSRE will be kept confidential. In particular, the information will be kept from the investigators and site staff, sponsor clinical operations team, and the CAC. The sample size may be increased to approximately 125 additional (a total of 425) patients dosed, and only the decision to increase the sample size, if such a decision were to be made, will be communicated. Details of the SSRE will be provided in a separate SSRE plan.

The decision to stop for futility is based on the conditional probability that the study will be successful at the time of final analysis, assuming the current trend observed at the interim. If, at the interim analysis, the conditional probability of study success with 302 mITT Population falls below 10%, the study may stop early for futility. Enrollment and patient follow-up will then be discontinued, and the final analyses will be conducted. The futility stopping in this study is considered non-binding.

## 5.5        Multicenter Study

This is a multicenter global study.

## 5.6        Multiple Comparisons / Multiplicity

In order to control the overall type 1 error rate, a fixed sequential approach will be used to analyze the primary and key secondary efficacy endpoints in the order presented in Section 4. Multiplicity will not be taken into account in the analysis of the additional secondary efficacy endpoint or the exploratory efficacy endpoints.

- Alanine aminotransferase (ALT) ≥3x upper limit of normal (ULN), ≥5xULN, ≥10xULN, and ≥20xULN
- Aspartate aminotransferase (AST) ≥3xULN, ≥5xULN, ≥10xULN, and ≥20xULN
- Total bilirubin ≥2xULN
- Hy's Law cases: ALT or AST ≥3xULN, total bilirubin ≥2xULN, and alkaline phosphatase (ALP) <2xULN.

A listing with any post-baseline potentially clinically significant abnormal liver function tests will be presented.

## 10.4      Vital Signs

Descriptive statistics will be provided for vital signs (including blood pressures, pulse rate, respiratory rate, oximetry, and body temperature), body weights, and BMIs by visit. Changes from baseline will also be summarized.

All vital sign data will be listed by patient.

## 10.5      Electrocardiograms

Electrocardiogram (ECG) is only measured at the screening visit and will be listed by patient.

## 10.6      Physical Examinations

Abnormal physical examination findings will be presented in a by-participant data listing.

## 11        DATA SAFETY MONITORING BOARD

An independent Data Safety Monitoring Board (DSMB) will be convened for this study to routinely monitor patient safety and evaluate pre-specified interim analyses for sample size re-estimation or futility to stop the study early. The DSMB will receive summary reports of all SAEs including unexpected SAEs. A DSMB charter, details all aspects of the DSMB's composition, scope of review, and procedures. An unblinded statistician will be assigned to the DSMB. This statistician will not be involved in any aspects of study conduct outside of the DSMB, and their role will be defined in the DSMB charter.

## 12        REFERENCES

Rubin DB. Multiple Imputation for Nonresponse in Surveys.  New York, NY: John Wiley & Sons, Inc, 1987

Yuan Y. Sensitivity Analysis in Multiple Imputation for Missing Data.  2014

Signature Page for P-105-202 Phase 3 SAP v1.0 22 June 2023
VV-CLIN-000186 v2.0



| Approval Task | |
|---|---|
| | 23 20:34:41 GMT+0000 |

| Approval Task | |
|---|---|
| | -2023 20:37:00 GMT+0000 |

Signature Page for P-105-202 Phase 3 SAP v1.0 22 June 2023
VV-CLIN-000186 v2.0