# Exhibit 5

**ClinicalTrials.gov**



⚠️ **The U.S. government does not review or approve the safety and science of all studies listed on this website.**

Read our full disclaimer (https://clinicaltrials.gov/about-site/disclaimer) for details.    +

TERMINATED ⓘ

Study discontinued as DSMB determined it was futile. No safety concerns were noted.

**Study of Posoleucel (ALVR105,Viralym-M) for Multi-Virus Prevention in Patients Post-Allogeneic Hematopoietic Cell Transplant (Prevent)**

**ClinicalTrials.gov ID** ⓘ NCT05305040

**Sponsor** ⓘ AlloVir

**Information provided by** ⓘ AlloVir (Responsible Party)

**Last Update Posted** ⓘ 2024-05-16

# Record History Tab

## Study Record Versions

- This table shows all the versions of this study record arranged in order by submitted date.
  - To view one version of the study record, click the submitted date.
  - To compare two versions, select them using the check boxes and click "Compare" at the bottom of the list.

|  |  |  |  |
|---|---|---|---|
| ☐ | 1 | [2022-03-30](#) | • None (earliest version on record) |
| ☐ | 2 | [2022-03-30](#) | • Study Status<br>• Contacts/Locations |
| ☐ | 3 | [2022-11-08](#) | • Study Status<br>• Contacts/Locations |

Compare

| | Version | Date submitted (YYYY-MM-DD) | Changes |
|---|---|---|---|
| ☐ | 4 | 2023-04-13 | <ul><li>Study Status</li><li>Contacts/Locations</li><li>Study Identification</li><li>Study Description</li><li>Conditions</li><li>Eligibility</li><li>Outcome Measures</li></ul> |
| ☐ | 5 | 2023-05-03 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 6 | 2023-06-05 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 7 | 2023-07-06 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 8 | 2023-07-11 | <ul><li>Study Status</li><li>Contacts/Locations</li></ul> |
| ☐ | 9 | 2023-07-14 | <ul><li>Study Status</li><li>Eligibility</li><li>Contacts/Locations</li></ul> |
| ☐ | 10 | 2023-12-06 | <ul><li>Recruitment Status</li><li>Study Status</li><li>Study Design</li><li>Eligibility</li></ul> |
| ☐ | 11 | 2024-02-01 | <ul><li>Recruitment Status</li><li>Study Status</li></ul> |
| ☐ | 12 | 2024-04-19 | <ul><li>Study Status</li><li>Study Design</li><li>Arms and Interventions</li><li>Baseline Characteristics</li><li>Adverse Events</li></ul> |

| | | | - More Information<br>- Document Section |
|---|---|---|---|
| **Version** | **Date submitted (YYYY-MM-DD)** | **Changes** | |

‹ ›

**Version 4: 2023-04-13**

## Study Details

### Study Identification

| Unique Protocol ID |
|---|
| P-105-202 Phase 3 |

| Brief Title |
|---|
| Study of Posoleucel (ALVR105,Viralym-M) for Multi-Virus Prevention in Patients Post-Allogeneic Hematopoietic Cell Transplant |

| Official Title |
|---|
| Phase 2/3, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Assess the Safety and Efficacy of ALVR105 Posoleucel (ALVR105,Viralym-M) Compared to Placebo for the Prevention of AdV, BKV, CMV, EBV, HHV-6, and JCV Infection and/or Disease, in High-Risk Patients After Allogeneic Hematopoietic Cell Transplant |

| Secondary IDs |
|---|
| |

### Study Status

| Record Verification |
|---|

All

**Gender-based Eligibility**



**Gender Eligibility Description**



**Accepts Healthy Volunteers**

No

**Criteria**

Key Inclusion Criteria:

- Any age at the day of screening visit.
- No known or suspected clinically significant disease from AdV, BKV, CMV, EBV, HHV-6, and/or JCV
- Within 15 and 42 days of receiving a first allogeneic HCT and have demonstrated clinical engraftment
- Meet one or more of the following criteria at the time of randomization:

  - Related (sibling) donor with at least one mismatch at one of these HLA-gene loci: HLA-A, -B or -DR
  - Haploidentical donor
  - Matched or Mismatched unrelated donor
  - Use of umbilical cord blood as stem cell source
  - Ex vivo graft manipulation resulting in T cell depletion
  - Received anti-thymocyte globulin or alemtuzumab (Campath-1H)

Key Exclusion Criteria:

- History of AdV, BKV, CMV, EBV, HHV-6, and/or JCV end-organ disease within 6 months prior to randomization
- Evidence of active Grade >2 acute GVHD
- Presence of non-minor uncontrolled or progressive bacterial, viral or fungal infections
- Known history or current (suspected) diagnosis of Grade ≥3 CRS requiring treatment associated with the administration of peptides, proteins, and/or antibodies
- Ongoing therapy with high-dose systemic corticosteroids (ie, prednisone equivalent dose >0.5 mg/kg/day) within 24 hours prior to dosing
- Relapse of primary malignancy other than minimal residual disease

Note: Other protocol defined Inclusion/Exclusion criteria may apply.