# Exhibit 6

**ClinicalTrials.gov**



 **The U.S. government does not review or approve the safety and science of all studies listed on this website.**

Read our full disclaimer (https://clinicaltrials.gov/about-site/disclaimer) for details.

ClinicalTrials.gov is a website and online database of clinical research studies and information about their results. The National Library of Medicine (NLM) maintains the website. **The study sponsor or investigator submits information** about their study to ClinicalTrials.gov and **is responsible for the safety, science, and accuracy** of any study they list.

Before joining a study, talk to your health care professional about possible risks and benefits. To learn more about taking part in studies, read Learn About Studies (https://clinicaltrials.gov/study-basics/learn-about-studies).

**TERMINATED** ⓘ
Study discontinued as DSMB determined it was futile. No safety concerns were noted.

## Study of Posoleucel (ALVR105,Viralym-M) for Multi-Virus Prevention in Patients Post-Allogeneic Hematopoietic Cell Transplant (Prevent)

**ClinicalTrials.gov ID** ⓘ NCT05305040

**Sponsor** ⓘ AlloVir

**Information provided by** ⓘ AlloVir (Responsible Party)

**Last Update Posted** ⓘ 2024-05-16

# Record History Tab

**Compare**

- To view one version of the study record, click the submitted date.
- To compare two versions, select them using the check boxes and click "Compare" at the bottom of the list.

Feedback

| | Version | Date submitted (YYYY-MM-DD) | Changes |
|---|---|---|---|
| ☐ | 1 | 2022-03-30 | • None (earliest version on record) |
| ☐ | 2 | 2022-03-30 | • Study Status<br>• Contacts/Locations |
| | | | |
| ☐ | 4 | 2023-04-13 | • Study Status<br>• Contacts/Locations<br>• Study Identification<br>• Study Description<br>• Conditions<br>• Eligibility<br>• Outcome Measures |
| ☐ | 5 | 2023-05-03 | • Study Status<br>• Contacts/Locations |
| ☐ | 6 | 2023-06-05 | • Study Status<br>• Contacts/Locations |
| ☐ | 7 | 2023-07-06 | • Study Status<br>• Contacts/Locations |
| ☑ | 8 | 2023-07-11 | • Study Status<br>• Contacts/Locations |
| ☑ | 9 | 2023-07-14 | • Study Status<br>• Eligibility<br>• Contacts/Locations |
| ☐ | 10 | 2023-12-06 | • Recruitment Status<br>• Study Status<br>• Study Design<br>• Eligibility |
| ☐ | 11 | 2024-02-01 | • Recruitment Status<br>• Study Status |

| | Version | Date submitted (YYYY-MM-DD) | Changes |
|---|---|---|---|
| ☐ | 12 | 2024-04-19 | • Study Status<br>• Study Design<br>• Arms and Interventions<br>• Outcome Measures<br>• Participant Flow<br>• Baseline Characteristics<br>• Adverse Events<br>• More Information<br>• Document Section |



## Select View

\* **Some sections** can only be displayed in Merged View.

| Merged View | Side by Side |
|---|---|

| Version 8: 2023-07-11 | Version 9: 2023-07-14 |
|---|---|

## Study Details

### Study Identification

| Unique Protocol ID |
|---|
| P-105-202 Phase 3 |
| P-105-202 Phase 3 |

| Brief Title |
|---|
| Study of Posoleucel (ALVR105,Viralym-M) for Multi-Virus Prevention in Patients Post-Allogeneic Hematopoietic Cell Transplant |

| Minimum Age |
| --- |
|  |
|  |

| Maximum Age |
| --- |
|  |
|  |

| Sex |
| --- |
| All |
| All |

| Gender-based Eligibility |
| --- |
|  |
|  |

| Gender Eligibility Description |
| --- |
|  |
|  |

| Accepts Healthy Volunteers |
| --- |
| No |
| No |

| Criteria |
| --- |

Key Inclusion Criteria:

- Any age at the day of screening visit.
- No known or suspected clinically significant disease from AdV, BKV, CMV, EBV, HHV-6, and/or JCV
- Within ~~15 and 42~~ days of receiving a first allogeneic HCT and have demonstrated clinical engraftment
- Meet one or more of the following criteria at the time of randomization:

    - Related (sibling) donor with at least one mismatch at one of these HLA-gene loci: HLA-A, -B or -DR
    - Haploidentical donor
    - Matched or Mismatched unrelated donor
    - Use of umbilical cord blood as stem cell source
    - Ex vivo graft manipulation resulting in T cell depletion
    - Received anti-thymocyte globulin or alemtuzumab (Campath-1H)

Key Exclusion Criteria:

- History of AdV, BKV, CMV, EBV, HHV-6, and/or JCV end-organ disease within 6 months prior to randomization
- Evidence of active Grade >2 acute GVHD
- Presence of non-minor uncontrolled or progressive bacterial, viral or fungal infections
- Known history or current (suspected) diagnosis of Grade ≥3 CRS requiring treatment associated with the administration of peptides, proteins, and/or antibodies
- Ongoing therapy with high-dose systemic corticosteroids (ie, prednisone equivalent dose >0.5 mg/kg/day) within 24 hours prior to dosing
- Relapse of primary malignancy other than minimal residual disease

Note: Other protocol defined Inclusion/Exclusion criteria may apply.

Key Inclusion Criteria:

- Any age at the day of screening visit.
- No known or suspected clinically significant disease from AdV, BKV, CMV, EBV, HHV-6, and/or JCV
- Within 25 days of receiving a first allogeneic HCT and have demonstrated clinical engraftment
- Meet one or more of the following criteria at the time of randomization:

    - Related (sibling) donor with at least one mismatch at one of these HLA-gene loci: HLA-A, -B or -DR
    - Haploidentical donor
    - Matched or Mismatched unrelated donor
    - Use of umbilical cord blood as stem cell source
    - Ex vivo graft manipulation resulting in T cell depletion
    - Received anti-thymocyte globulin or alemtuzumab (Campath-1H)

Key Exclusion Criteria:

- History of AdV, BKV, CMV, EBV, HHV-6, and/or JCV end-organ disease within 6 months prior to randomization
- Evidence of active Grade >2 acute GVHD
- Presence of non-minor uncontrolled or progressive bacterial, viral or fungal infections
- Known history or current (suspected) diagnosis of Grade ≥3 CRS requiring treatment associated with the administration of peptides, proteins, and/or antibodies
- Ongoing therapy with high-dose systemic corticosteroids (ie, prednisone equivalent dose >0.5 mg/kg/day) within 24 hours prior to dosing