# Exhibit 7

**Protocol Number:** AVM-003-HC

**Official Title:** Phase 3 Multicenter, Double-Blind, Placebo-Controlled Trial of Viralym-M (ALVR105) for the Treatment of Patients With Virus-Associated Hemorrhagic Cystitis After Allogeneic Hematopoietic Cell Transplant

**NCT Number:** NCT04390113

**Document Date:** 23 February 2022

# CLINICAL STUDY PROTOCOL

## Phase 3 Multicenter, Double-Blind, Placebo-Controlled Trial of Viralym-M (ALVR105) for the Treatment of Patients With Virus-Associated Hemorrhagic Cystitis After Allogeneic Hematopoietic Cell Transplant

**Investigational Product:** Posoleucel (PSL, ALVR105; formerly ALVR-105, Viralym-M)

**Protocol Number:** AVM-003-HC

**IND Number:** 15092

**EudraCT Number:** 2020-000722-26

**Sponsor:**

AlloVir, Inc.

Kirby Grove

2925 Richmond Avenue, Suite 1200

Houston, TX 77098

United States

Telephone: 936-662-3626

Fax: 979-289-7437

**Version Number:** 5.0

**Original Protocol:** 26 December 2019

**Amendment 1:** 12 March 2020

**Amendment 2:** 12 November 2020

**Amendment 3:** 17 June 2021

**Amendment 4:** 23 February 2022

### Confidentiality Statement

The information in this document is confidential and is not to be disclosed without the written consent of AlloVir, Inc. (AlloVir) except to the extent that disclosure would be required by law and for the purpose of evaluating and/or conducting a clinical study for AlloVir. You are allowed to disclose the contents of this document only to your Institutional Review Board or Independent Ethics Committee and study personnel directly involved with conducting this protocol. Persons to whom the information is disclosed must be informed that the information is confidential and proprietary to AlloVir and that it may not be further disclosed to third parties.

9.2.2        Analysis of Safety

The safety profile will be based on treatment-emergent adverse events (TEAEs) and changes in vital signs, physical examinations, clinical laboratory assessments, and ECGs. All safety analyses will be based on the Safety Population.

Safety analyses in general will be descriptive and will be presented by phase and treatment group in tabular format. Categorical endpoints will be summarized using the number and percentage of participants within each category. Continuous endpoints will be summarized descriptively with summary statistics (number, mean, standard deviation, standard error, median, first quartile, third quartile, minimum, and maximum).

A TEAE is defined as an adverse event with onset after the start of study treatment (PSL or placebo). The number and percentage of participants with TEAEs will be tabulated by MedDRA System Organ Class and Preferred Term for each treatment group and by severity and relationship to treatment. Adverse events leading to discontinuation of the study and SAEs will be summarized by treatment group. By-participant listings will also be provided for any deaths, SAEs, and adverse events leading to discontinuation of the study.

The key safety endpoint for this study is the incidence and severity of acute GVHD. The incidence and severity of acute GVHD, chronic GVHD, and CRS, and the corresponding exact binomial confidence intervals with 95% confidence level will be presented by treatment group.

Descriptive statistics will be provided for clinical laboratory data, vital sign data, and ECG parameters, presented as both actual values and changes from baseline over time. Abnormal physical examination findings will be presented in a by-participant data listing.

9.2.3        Interim Analysis

An interim analysis will be conducted by an independent unblinded statistician and reviewed by the independent DSMB. This analysis will be based on primary efficacy endpoint data for the first 60 participants randomized in the BK ITT Population. The interim analysis will be for purposes of potentially stopping early for success and for futility. If the study is not stopped based on the interim analysis, then accrual to the study will continue until there are 105 participants in the BK ITT Population.

9.2.3.1        Interim Analysis for Stopping Early for Success

The interim analysis for stopping early for success will be performed based on the primary efficacy endpoint using the method of Pocock. At the interim analysis, if the one-sided p-value from the stratified log-rank test comparing treatment to control is less than 0.0147 (overall alpha = 0.025 adjusted for the interim analysis), the study will be stopped early for success. If the study is stopped early for success based on the primary efficacy endpoint, the key secondary efficacy endpoints and the first other secondary efficacy endpoint will be tested sequentially as described above using a one-sided 0.025 alpha level.

9.2.3.2        Interim Analysis for Futility

The interim analysis for futility will also be based on the primary efficacy endpoint. The decision to stop for futility is based on the conditional probability that the study will be successful should it continue to the sample size of 105 participants in the BK ITT Population with participants being followed for 24 weeks. The calculation will assume that the final analysis will be a log-rank test

Signature Page for AVM-003-HC Protocol v5.0 23Feb2022
VV-CLIN-000106 v3.0

| Approval Task | |
|---|---|
| | ██████████ |
| | 23-Feb-2022 20:43:43 GMT+0000 |

Signature Page for AVM-003-HC Protocol v5.0 23Feb2022
VV-CLIN-000106 v3.0