# Exhibit 8

**Protocol Number:**  AVM-003-HC

**Official Title:**    Phase 3 Multicenter, Double-Blind, Placebo-Controlled Trial of Viralym-M (ALVR105) for the Treatment of Patients With Virus-Associated Hemorrhagic Cystitis After Allogeneic Hematopoietic Cell Transplant

**NCT Number:** NCT04390113

**Document Date:**  14 Nov 2023

# STATISTICAL ANALYSIS PLAN

**Protocol Title:**          Phase 3 Multicenter, Double-Blind, Placebo-Controlled Trial of Viralym-M (ALVR-105) for the Treatment of Patients with Virus-Associated Hemorrhagic Cystitis After Allogeneic Hematopoietic Cell Transplant

**Protocol Number:**         AVM-003-HC

██████████████          ██████████████

**Investigational Product:** Posoleucel (PSL, ALVR105; formerly ALVR-105, Viralym-M)

**Sponsor:**                 AlloVir, Inc.
                             1100 Winter Street
                             Waltham, MA 02451
                             United States

**SAP Version/Date:**        V1.0 14 November 2023

**CONFIDENTIAL**

The information in this document is confidential and is not to be disclosed without the written consent of AlloVir, Inc. (AlloVir) except to the extent that disclosure would be required by law and for the purpose of evaluating and/or conducting a clinical study for AlloVir. You are allowed to disclose the contents of this document only to your Institutional Review Board or Independent Ethics Committee and study personnel directly involved with conducting this protocol. Persons to whom the information is disclosed must be informed that the information is confidential and proprietary to AlloVir and that it may not be further disclosed to third parties.

AlloVir, Inc.
AVM-003-HC

# SIGNATURE PAGE

**Protocol Title:**   Phase 3 Multicenter, Double-Blind, Placebo-Controlled Trial of Viralym-M (ALVR-105) for the Treatment of Patients with Virus-Associated Hemorrhagic Cystitis After Allogeneic Hematopoietic Cell Transplant

**Protocol Number:**   AVM-003-HC

**SAP Version/Date:**   V1.0 14 November 2023

We, the undersigned, have reviewed and approved this Statistical Analysis Plan:



14-Nov-2023

Biostatistician
Medpace, Inc.

Reason: Approved
Date: Nov 14, 2023 15:16 EST

14-Nov-2023

Biostatistician
Medpace, Inc.

Reason: Approved
Date: Nov 14, 2023 16:33 EST

14-Nov-2023

Senior Medical Director, Medical Department
Medpace, Inc.

Reason: Approved
Date: Nov 14, 2023 20:51 PST

14-Nov-2023

Vice President, Biostatistician
AlloVir, Inc.

Reason: Approved
Date: Nov 15, 2023 07:09 EST

15-Nov-2023

Senior Director, Clinical Research
AlloVir, Inc.

(hematology, clinical chemistry). In addition, shift tables reflecting the shift over visits will be presented for selected laboratory tests (hematology, clinical chemistry).

The number and percentage of participants with the following potentially clinically significant abnormal liver function tests will be summarized:

- Alanine aminotransferase (ALT) ≥3x upper limit of normal (ULN), ≥5xULN, ≥10xULN, and ≥20xULN

- Aspartate aminotransferase (AST) ≥3xULN, ≥5xULN, ≥10xULN, and ≥20xULN

- Total bilirubin ≥2xULN

- Potential Hy's Law cases: ALT or AST ≥3xULN, total bilirubin ≥2xULN, and alkaline phosphatase (ALP) <2xULN.

A table listing of participants with any post-baseline potentially clinically significant abnormal liver function tests will be presented.

### 3.5.4    Vital Signs

Descriptive statistics will be provided for vital signs by treatment group, presented as both actual values and changes from baseline over time. All vital sign data will be listed by participants.

### 3.5.5    Electrocardiograms

Electrocardiogram (ECG) data will be summarized by visit and treatment group for each quantitative ECG parameter using descriptive statistics. The changes from baseline to each post-baseline visit will also be summarized. All ECG parameters and details of any abnormalities will be listed by participant.

### 3.5.6    Physical Examinations

All Physical examination findings, including details of any abnormalities will be listed by participant.

## 3.6    Data Safety Monitoring Board

An independent Data and Safety Monitoring Board (DSMB) will be convened for this study to routinely monitor safety and evaluate prespecified interim analyses to stop the study early for futility. The DSMB will receive summary reports of all unexpected SAEs and AESI at least monthly. In addition, the DSMB will receive expedited reporting of all individual, unexpected, related SAEs occurring within 14 days of an infusion of study drug, and infusion related AESI of at least Grade 2 severity occurring within 24 hours of an infusion. A DSMB charter, detailing all aspects of the DSMB's scope of review and procedures as well as the frequency of DSMB meetings, will be provided in a separate document. An unblinded statistician will be assigned to the DSMB. This statistician will not be involved in any aspects of study conduct outside of the DSMB, and their role will be defined in the DSMB charter.

## 3.7    Interim Analysis

An interim analysis will be conducted by an independent unblinded statistician and reviewed by the independent DSMB. This analysis will be based on primary efficacy endpoint data for the first approximately 60 participants randomized in the BK ITT Population. The interim analysis will be performed for the purpose of potentially stopping early for futility. If the study is not

stopped based on the interim analysis, then accrual to the study will continue until there are 105 participants in the BK ITT Population.

The interim analysis for stopping early for futility will be based on the primary efficacy endpoint. The decision to stop for futility is based on the conditional probability that the study will be successful, assuming the current trend observed at the interim, should it continue to the sample size of 105 participants in the BK ITT Population with participants being followed for 24 weeks. The calculation will assume that the final analysis will be a log-rank test with overall alpha = 0.025 (one-sided) adjusted for the interim analysis. If, at the interim analysis, the conditional probability of study success with 105 BK ITT Population participants falls below 5%, the study will stop early for futility (Lachin 2005). Enrollment and participant follow-up will then be discontinued, and the final analyses will be conducted. The futility stopping in this study is considered non-binding.

REFERENCE

Lachin JM. (2005). A review of methods for futility stopping based on conditional power. Stat Med 2005;24 (18):2747-64).