# Exhibit 9

**Protocol Number: P-105-303**

**Official Title:**

**Phase 3, Randomized, Double-Blind, Placebo-Controlled Trial, with Cross-Over, of Posoleucel (ALVR105) for the Treatment of Adenovirus Infection in Pediatric and Adult Participants Receiving Standard of Care Following Allogeneic Hematopoietic Cell Transplantation**

**NCT Number: NCT05179057**

**Document Date: 30 November 2023**

# CLINICAL STUDY PROTOCOL

**Phase 3, Randomized, Double-Blind, Placebo-Controlled Trial, with Cross-Over, of Posoleucel (ALVR105) for the Treatment of Adenovirus Infection in Pediatric and Adult Participants Receiving Standard of Care Following Allogeneic Hematopoietic Cell Transplantation**

**Investigational Product:** Posoleucel (ALVR105)
**Protocol Number:** P-105-303

**IND:** 27955
**EudraCT:** 2021-003450-22

**Sponsor:**

AlloVir
1100 Winter Street
Waltham, MA 02451
United States

Telephone: +1-617-433-2605
Fax: +1-339-204-9528

**Version Number:** 5.0
**Original Protocol:** 20 August 2021
**Amendment 1:** 17 December 2021
**Amendment 2:** 23 August 2022
**Amendment 3:** 21 September 2023
**Amendment 4:** 30 November 2023

**Confidentiality Statement**

The information in this document is confidential and is not to be disclosed without the written consent of AlloVir except to the extent that disclosure would be required by law and for the purpose of evaluating and/or conducting a clinical study for AlloVir. You are allowed to disclose the contents of this document only to your Institutional Review Board or Independent Ethics Committee and study personnel directly involved with conducting this protocol. Persons to whom the information is disclosed must be informed that the information is confidential and proprietary to AlloVir and that it may not be further disclosed to third parties.

# SIGNATURE PAGE

**STUDY TITLE:**

We, the undersigned, have read this protocol and agree that it contains all necessary information required to conduct the study.

███████████████
████████████████████████

AlloVir

███████████████
████████████████████████

AlloVir

███████████████
████████████████████████

AlloVir

summarized by treatment group for the Primary Study Period and by cross-over group for the Cross-Over Period using counts and percentages.

Clinical laboratory data will be summarized by laboratory test, visit, and treatment group using descriptive statistics. The changes from baseline to each post-baseline visit will also be summarized.

Vital signs data will be summarized by visit and treatment group for each vital sign using descriptive statistics. The changes from baseline to each post-baseline visit will also be summarized.

ECG data will be summarized by visit and treatment group for each quantitative ECG parameter using descriptive statistics. The changes from baseline to each post-baseline visit will also be summarized.

Abnormal physical examination findings will be presented in a by-participant data listing.

### 10.3.1    Interim Analyses

A sample size re-estimation (SSRE) and a futility analysis will be performed after approximately 40 participants have completed Day 29 of the Primary Study Period. The SSRE will be based on the conditional power (CP), ie, the conditional probability of rejecting the null hypothesis, using the method of Mehta and Pocock (2010) for a CP of 80%. For the futility analysis, a CP cutoff of 10% will be applied. The interim analyses (SSRE and futility analysis) will both be conducted in a manner so as to minimize the risk of operational bias. It will be done under the auspices of the independent DSMB overseeing the study. The analyses will be performed by an independent statistician. The unblinded data generated and discussed by the DSMB for the interim analyses will be kept confidential. In particular, the information will not be accessible to the investigators and site staff, the Sponsor's team and medical monitor, and CRO blinded team members, or the Adjudication Committee.

Signature Page for P-105-303 Adenovirus Protocol v5.0 30Nov2023
VV-CLIN-000353 v1.0



| Approval Task | |
|---|---|
| | 18:14:43 GMT+0000 |

| Approval Task | |
|---|---|
| | 0:00 GMT+0000 |

| Approval Task | |
|---|---|
| | 01:34:10 GMT+0000 |

Signature Page for P-105-303 Adenovirus Protocol v5.0 30Nov2023
VV-CLIN-000353 v1.0