# Exhibit 10

**Protocol Number: P-105-303**

**Official Title:**

**Phase 3, Randomized, Double-Blind, Placebo-Controlled Trial, with Cross-Over, of Posoleucel (ALVR105) for the Treatment of Adenovirus Infection in Pediatric and Adult Participants Receiving Standard of Care Following Allogeneic Hematopoietic Cell Transplantation**

**NCT Number: NCT05179057**

**Document Date: 12 January 2024**

# STATISTICAL ANALYSIS PLAN

**Protocol Title:**            *Phase 3, Randomized, Double-Blind, Placebo-Controlled Trial, with Cross-Over, of Posoleucel (ALVR105) for the Treatment of Adenovirus Infection in Pediatric and Adult Participants Receiving Standard of Care Following Allogeneic Hematopoietic Cell Transplantation*

**Protocol Number:**          P-105-303

**Protocol Version/Date:**    Amendment 4, 30 November 2023

**Investigational Product:**  Posoleucel (ALVR105)

**Sponsor:**                  AlloVir
1100 Winter Street
Waltham, MA  02451
United States

**SAP Version/Date:**         V1.0/12 January 2024

## CONFIDENTIAL

The information in this document is confidential and is not to be disclosed without the written consent of AlloVir except to the extent that disclosure would be required by law and for the purpose of evaluating and/or conducting a clinical study for AlloVir. You are allowed to disclose the contents of this document only to your Institutional Review Board or Independent Ethics Committee and study personnel directly involved with conducting this protocol. Persons to whom the information is disclosed must be informed that the information is confidential and proprietary to AlloVir and that it may not be further disclosed to third parties.

## SIGNATURE PAGE

**Protocol Title:**    Phase 3, Randomized, Double-Blind, Placebo-Controlled Trial, with Cross-Over, of Posoleucel (ALVR105) for the Treatment of Adenovirus Infection in Pediatric and Adult Participants Receiving Standard of Care Following Allogeneic Hematopoietic Cell Transplantation

**Protocol Number:**    P-105-303

**SAP Version/Date:**    V1.0/12 January 2024

We, the undersigned, have reviewed and approved this Statistical Analysis Plan:

**Signature**

*AlloVir, LLC*

*AlloVir, LLC*

# 1      INTRODUCTION

This document details the analysis plan for the study entitled "Phase 3, Randomized, Double-Blind, Placebo-Controlled Trial, with Cross-Over, of Posoleucel (ALVR105) for the Treatment of Adenovirus Infection in Pediatric and Adult Participants Receiving Standard of Care Following Allogeneic Hematopoietic Cell Transplantation". It is based on Protocol P-105-303 Amendment 4 dated 30 November 2023 and describes the proposed efficacy and safety analyses. Since the study is terminated due to futility, only the primary efficacy endpoint and selected safety endpoints will be analyzed.

The Statistical Analysis Plan (SAP) will be finalized prior to interim database lock. After the database lock, any deviation from the SAP will be documented in the final Clinical Study Report (CSR).

# 2      STUDY OVERVIEW

## 2.1      Study Objectives

### 2.1.1      *Primary Objective*

The primary efficacy objective of this trial is to compare the percentage of participants who have clearance of Adenovirus (AdV) viremia at Day 29 in participants receiving posoleucel and standard of care (SoC) to that in participants receiving placebo and SoC.

The primary safety objective is to determine the safety and tolerability of posoleucel cells by analyzing the incidence and severity of treatment-emergent adverse events (TEAEs), including individual AEs of special interest (AESIs).

## 2.2      Study Design

### 2.2.1      *Overview*

This is a Phase 3, multicenter, randomized, double-blind, placebo-controlled study to assess the safety and efficacy of posoleucel as compared to placebo for the treatment of AdV infection in pediatric and adult recipients of HCT with AdV infections receiving SoC.

Approximately 80 participants may be randomized ▮▮ to receive ▮▮▮▮▮▮▮▮ infusions of posoleucel or placebo ▮▮▮▮▮▮▮▮▮▮▮▮). Randomization will be stratified ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

It is expected that no more than 30% of participants, but at least 10% of participants, will be ▮▮▮
▮▮▮▮▮▮▮ Enrollment of participants <1 year of age will occur once preliminary safety data are available from 5 participants ≥1 and ≤6 years of age. The Data Safety Monitoring Board (DSMB) will review data through Day 29 from these 5 participants once available and make a recommendation. A formal memo will be provided to ethics committees and sites once the DSMB approves enrollment of participants <1 year of age.

The Primary Study Period is 4 weeks (28 days) for evaluation of efficacy, including the primary endpoint, plus 20 weeks for safety follow-up, for a total study duration of 24 weeks. For participants who cross over, the Cross-Over Period is 4 weeks (28 days), plus 20 weeks for safety

### 2.2.2    Method of Treatment Assignment

Participants who meet all the inclusion criteria and none of the exclusion criteria will be randomized to the study prior to Day 1 of the Primary Study Period. Participants will be randomized ▬▬▬▬ to receive ▬▬▬▬ infusions of posoleucel or placebo. Randomization will be stratified ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬.

### 2.2.3    Blinding

The Sponsor designee (e.g., interactive response technology [IRT] vendor) will have a designated randomization administrator who will maintain the randomization codes in accordance with standard operating procedures to ensure the blind integrity is properly maintained. Care should be exercised to ensure that only Sponsor personnel who require knowledge of treatment assignments will be unblinded (e.g., staff involved in suspected unexpected serious adverse reaction (SUSAR) reporting).

An unblinded statistician will be assigned to the DSMB. This statistician will not be involved in any aspects of study conduct outside of the DSMB, and their role will be defined in the DSMB charter.

Unblinding should only occur in the event of an emergency or adverse event (AE) for which it is necessary to know the study treatment to determine an appropriate course of therapy. If the participant's study treatment must be unblinded, the Investigator or qualified designee should contact IRT for the study treatment information. The IRT documentation indicating the blind break at the site must be retained with the participant's source documentation in such a way as to avoid unblinding the treatment assignment to other site or Sponsor blinded personnel.

If possible, the Investigator should attempt to contact the Medical Monitor prior to unblinding in order to get additional information about the study treatment. If not possible, the Investigator should notify the Medical Monitor as soon as possible of the unblinding without disclosing the treatment assignment of the unblinded participant. The Investigator must document the participant's identification, the reason for breaking the blind, and the date and time for breaking the blind.

### 2.2.4    Sample Size Determination

The required sample size is 82 participants based on the below specifications that have received at least 1 dose of posoleucel or PBO.

The sample size was determined based on the following specifications:

1. Superiority study comparing posoleucel plus SoC to placebo plus SoC
2. Primary endpoint is success or failure based on clearance of AdV viremia at Day 29 visit of the Primary Study Period
3. Allocation (posoleucel:placebo) is ▬▬
4. Chi-square test
5. Two-sided alpha $= 0.05$
6. True success rate (defined as clearance of virus) for posoleucel $= 0.50$
7. True success rate (defined as clearance of virus) for placebo $= 0.25$
8. Power $= 80\%$

A SSRE and futility analysis will be performed after approximately 40 participants have completed Day 29 of the Primary Study Period. Details of the SSRE and futility analysis will be provided in the SSRE Plan prior to conducting the interim analyses.

## 2.3 Study Endpoints

### 2.3.1 Primary Efficacy Endpoint

The primary efficacy endpoint is the proportion of participants with undetectable viremia (less than lower limit of quantitation [LLOQ]) at Day 29.

### 2.3.2 Safety Endpoints

The safety endpoint is the incidence and severity of TEAEs, including adverse events of special interest (AESIs), during the study.

The clinical laboratory evaluations (hematology, chemistry, and urinalysis) will also be summarized.

## 3 STATISTICAL METHODOLOGY

## 3.1 General Considerations

The statistical analysis of the data obtained from this study will be performed using SAS® version 9.4 or higher.

Data collected in this study will be documented using summary tables and subject data listings. Continuous variables will be summarized using descriptive statistics, specifically the number of non-missing observations, mean, standard deviation, median, minimum, and maximum. Categorical variables will be summarized using the frequency count and the percentage of participants in each category. For continuous data, the minimum and the maximum will use the same decimal place accuracy as the raw data. The mean, median, and standard deviation will use one more decimal place than the raw data. For categorical data, percentages will be reported to one decimal place.

Summary statistics will be presented by randomized or actual treatment group for the Primary Study Period. The key efficacy and selected safety endpoints will be summarized for the Primary Study Period.

No hypothesis tests will be performed.

### 3.1.1 Study Day

Study day will be calculated from the date of first dose of study drug, as actual visit date – first dose date for dates before the first dose date and +1 for dates on or after the first dose date. The day of the first dose of study drug will be Day 1, and the day immediately before and after Day 1 will be Day -1 and Day 2.

For participants who crossed over, the first dosing date of the Cross-Over Period will be Day 1' for that period. Study day of the Cross-Over Period will be calculated as actual visit date in the Cross-Over Period – Cross-Over Period Day 1' + 1.

Signature Page for P-105 303 Final SAP v1.0 for abbreviate CSR
VV-CLIN-000364 v1.0

| Approval Task | ████████ ics 12-Jan-2024 19:11:42 GMT+0000 |
|---|---|

| Approval Task | ██████████ 12-Jan-2024 21:26:04 GMT+0000 |
|---|---|

Signature Page for P-105 303 Final SAP v1.0 for abbreviate CSR
VV-CLIN-000364 v1.0