# Exhibit 15

**S&P Global**
Market Intelligence

# AlloVir, Inc. NasdaqGS:ALVR

# Company Conference Presentation

**Tuesday, January 10, 2023 10:15 PM GMT**

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Presentation

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

Thanks, everyone. Welcome to the Tuesday afternoon session of the 41st Annual JPMorgan Healthcare Conference. My name is Anupam Rama. I'm one of the senior biotech analysts here at JPMorgan. I'm joined by my colleagues, Malcolm Kuno and Priyanka Grover. Our next presenting company is AlloVir, and presenting on behalf of the company, we have CEO, Diana Brainard.

**Diana M. Brainard**
*CEO & Director*

Thanks, Anupam, and thanks to everyone for being in the room today and on the line. It's really nice to be in person and looking at a group of real people. I'm -- you're real, right? I'm really happy to be providing an update on AlloVir and the excellent progress we've made over the last year and talk about where we're headed in 2023 and beyond.

As a starting point, we're a platform company developing allogeneic, off-the-shelf, virus-specific T cell therapies to address life-threatening viral diseases through either treatment or prevention in immunocompromised patients. And this is important because these diseases are largely untreated or their treatments are unsatisfactory. We're late stage with 3 ongoing global Phase III trials for 3 distinct indications, all of which have RMAT designation, really underscoring the unmet medical need as well as the strength of our Phase II clinical data, which I'll touch on later. I will be making forward-looking statements.

So posoleucel, which is our lead virus-specific T cell investigational therapy, targets 6 different viruses, and as such, it's a franchise opportunity in immunocompromised patients. We're starting off in stem cell transplant recipients where, as I mentioned, we have 3 Phase III ongoing global registrational trials for first-to-market indications in treatment and in prevention. We're addressing really large and unmet medical needs across immunocompromised patients, looking at prevention and treatment supported by our Phase II data. And what we've seen over the last year with the pace of enrollment across our trials is that this is really speaking to the unmet need we're addressing and the fact that both the infectious disease and transplant community are looking for options because they've had none so far or those with limited safety and tolerability.

We recently communicated on Monday in our press release that we're targeting now to finish enrollment of our 3 Phase III trials by the end of this year, which puts us in a great position to have data rolling out over the course of 2024. Later this quarter of this year, we'll have top line data from our Phase II trial in kidney transplant recipients, taking those first steps to expand posoleucel into another very large population of unmet medical need, those with solid organ transplantation.

In addition to posoleucel, we've got a pipeline of other virus-specific T cell therapies that we're advancing in the clinic and preclinically. And we ended the year with $234 million in cash to support our development programs.

So with our virus-specific T cells, what we're looking to do is restore the T cell deficit that's creating these viral diseases in the first place. With posoleucel, for example, we target 6 relatively ubiquitous viruses that lie dormant in most people with a healthy immune system.

When immunosuppression occurs through transplantation, malignancy, immunodeficiency that's developing from immunomodulation, these viruses can reactivate and can progress to cause organ damage, significant morbidity and even death. And what we do with our virus-specific T cells is we replace that missing piece. We replace the T cells that the patient has lost in order to fight that infection. And we do so with multi-virus products so that we can touch on the most commonly impacting viruses, but also take a preventative approach.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And this is a unique step forward for the field of VSTs which has been around for about 25 years in the stem cell transplant space. What we have done in terms of creating an off-the-shelf, allogeneic product is enable scalable and efficient manufacturing process and the ability to do both treatment and prevention.

You can see our pipeline here on Slide 5. With posoleucel listed at the top, our 3 Phase III ongoing global trials, multi-virus prevention study, the 2 treatment studies, 1 in virus-associated hemorrhagic cystitis, 1 in adenovirus infection, all of these studies are on track to complete enrollment this year. And we're excited about that because we just started the multi-virus prevention study earlier in 2022 based on compelling Phase II data.

And we wanted to prioritize that trial because of the tremendous impact we could have in the stem cell transplant space for patients by taking a preventative approach. And what we've seen is tremendous success pulling in our learnings from the treatment studies and getting that study off the ground in North America, Europe and Asia, enrolling such that we've been able to pull in our time lines by over a quarter and target being on track to finish that trial by the end of the year.

In addition, we're in kidney transplant recipients with BK viremia. This study is reading out. It's a Phase II trial in this quarter in the next couple of months. We're on track for that. And the data from that trial will inform our next steps in the solid organ transplant space.

Besides posoleucel, we have a multi-virus respiratory product. This targets RSV, influenza, parainfluenza and human metapneumovirus. And these viruses have been in the news a lot over the past several months, causing disease in many children and even adults. But they've been around for a long time and have really substantial impact on immunocompromised patients where they can prolong hospitalization and even drive morbidity and death in older patients. And so with our product, which were in Phase Ib/IIa, we're looking to address first in stem cell transplant and solid organ recipients and then get into the high-risk general population.

We also have a program, ALVR107, focusing on hepatitis B cure, and ALVR109, which is our COVID program. We're not advancing that in clinical trials, but we've generated data, which has been very interesting and exciting with respect to demonstrating proof-of-concept clinically and virologically for using VSTs in upper respiratory tract infections. And those results have been published in case reports and at scientific meetings.

So most of my presentation will focus on posoleucel because this is the most advanced product in our pipeline, and we're really excited about focusing on the 3 Phase III trials and bringing them over the finish line and having data and moving on to next steps. I mentioned we target 6 viruses. Those viruses are adenovirus, BK virus, CMV, Epstein-Barr virus, HHV-6 and JC virus. And collectively, these 6 viruses account for the vast majority of morbidity and mortality in immunocompromised and specifically stem cell and solid organ transplant recipients. The treatments for these viruses are very limited. All of the treatments have significant side effects, which can lead to long-term toxicities and substantial safety trade-offs. And the preventative approaches are also limited as well with substantial liabilities.

We've generated Phase II data, which I'll talk about, to propel us into Phase III and also drive those RMAT designations, which have helped us stay in very close touch with FDA on our program. And we also feel like in the stem cell transplant population, with our treatment and prevention approaches, we have a blockbuster opportunity right off of the bat, which we can then expand and build into other immunocompromised patients.

So focusing in on the clinical trials for posoleucel. We have the multi-virus prevention trial as well as the hemorrhagic cystitis and adenovirus treatment trials and the BK virus treatment trial as well. I want to talk first about the prevention study as this is really what we see as the wave of the future in terms of how to have the biggest impact on stem cell transplant patients and how to mitigate that very high risk of significant viral diseases.

Prior to stem cell transplant, most patients require significant conditioning to get rid of their own immune system so that they can accept the new stem cell transplant. And when doing so, a vulnerability is created, whereas before the new immune system reconstitutes, patients can reactivate and suffer from

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

significant viral diseases. We know that this happens very commonly. Up to 90% of patients will reactivate at least one of our target viruses during this high-risk window of 100 to 180 days post-transplant, from 0 to 180 days post transplant.

And so with this prevention approach, rather than allowing patients to get sick from these diseases and then making an intervention, the idea is, given the high risk, given the safety we've seen to date, cover them with posoleucel during this high-risk window, thereby preventing the development of these clinically significant infections in the first place.

And the reason that's important, I mentioned that around 90% of stem cell patients will reactivate at least a single virus in that post stem cell transplant first 100 days. But it's also very common, about 60% of patients will reactivate 2 of our target viruses or more. And about 1/3 of patients will reactivate 3 viruses or more. And this is relevant because there's significant clinical downside to that happening.

Reactivation of these viruses and subsequent progression to disease is one of the leading causes of nonrelapse mortality in the allo stem cell transplant patient population. So this is a common problem, and it's a really serious problem. And to date, it's been left largely unaddressed because individually, any one of these viruses may not incur substantial consequence, but collectively, there's a tremendous burden.

And so when we think about the potential to impact patients and the potential for our commercial market, we think about 41,000 approximately allo transplant patients could benefit from posoleucel, if approved in the indications we're seeking right now for treatment and prevention. And from there, we can add on other populations in the future, such as those solid organ transplant patients.

We have some favorable tailwinds in terms of the commercial environment, increasingly recognizing the value of cellular therapies and evolving to accommodate the different payment structures. So although the majority of patients who receive stem cells transplant are commercially insured, we are very happy to see that the DRG for CAR-T was recently expanded to include other immunotherapies, including VSTs. And so we've applied for that DRG, and we anticipate being assigned there, which is going to create a lot more flexibility within Medicare patients.

In addition, another advantage to being in the stem cell transplant population is that this is a relatively small group of physicians doing the majority of transplants. So around 80% of all U.S. allo transplants are performed by only 70 centers. And there's a similar concentration in Europe. And we, with our 3 ongoing Phase III trials, have over 100 sites across North America, Europe and Asia. And so we're able to touch almost all of these centers, all of these physicians and put posoleucel into their hands to give them experience with this product, to help them understand the value and get comfortable and to facilitate that transition to commercial should we be successful.

And of course, along with the clinical data we've generated and continue to generate in our Phase III trials, we're also looking to build in those demonstrations of value from a health economics perspective, which can be so important both in the U.S. and always so in Europe for demonstrating a value.

So I'm going to turn now to a little bit of data, starting again with the Phase II prevention data. We presented final data from our Phase II open-label study in December of ASH in 2022, just last month. These data were presented orally, and we're very consistent with the data that we had presented a year earlier with a slightly smaller database and shorter time of follow-up. And it was really important for us to demonstrate the consistency of the efficacy and the safety with a larger patient population and longer follow-up.

And what you can see here is that this is a high-risk patient population of allo patients. The 85% of patients reactivated at least a single virus or more viruses during the 14-week time period to the primary end point. So lots of viral reactivation as you would expect in this high-risk patient population. But we did not see significant rates of clinically significant infections. So 88% or 23 of 26 patients remained free from clinically significant infections across all 6 target viruses through the primary end points.

We don't have a control arm in this trial, so we look to the literature and to claims analyses to try to understand what that expected control rate could be. And what we've seen is that we would expect about a 70% rate of infections across these 6 target infections. And so that difference was what enabled us to

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

get into Phase III as quickly as we did and what gives us a lot of excitement and confidence, which we also feel is shared by the community given the pace of enrollment of the Phase III trial.

Importantly, also in this presentation, which was new from the prior year, was the biomarker data, reinforcing the mechanism of action of our product as a living product, as a T cell that expands in the face of viral antigen and then corresponds and correlates to reductions in viral load in patients.

After this presentation at ASH, we had a KOL investor event with a transplant physician and an infectious disease physician, really placing these data into context for their clinical practices and their transplant centers. And I encourage you to listen on the website if you'd like to learn more.

So those Phase II prevention data came after the Phase II treatment data. These data were presented a couple of years ago of early data cut. We'll actually have the final results in press tomorrow morning in manuscript form. The data look very similar to how they look here today. These are treatment refractory/resistant patients with end-stage disease from 1 of our 6 target viruses.

And what you can see here is with 1 or 2 doses of posoleucel in general, very high clinical response rates to across all of these different viruses. So 93% overall response rate. Importantly, there were a number of patients who had multiple viral infections at the same time. They had response rates of 100% to these multiple viral infections. Safety, the infusions were well tolerated with rates of graft versus host disease that would be expected and consistent with what the field has understood around VST's no significant cytokine release syndrome. So these were the treatment data that propelled us into Phase III on the viral hemorrhagic cystitis study and the adenovirus treatment study, 2 diseases, which have no approved therapies and really substantial unmet need.

So moving to our BK virus study in kidney transplant recipients. This is the disease that leads to accelerated kidney graft loss, winding patients back up on dialysis, and there are no approved therapies for this condition. The only tool that physicians have right now is to reduce immunosuppression, which then can lead to graft rejection and causes a lot of problems in terms of diagnostic dilemmas between BK virus nephropathy and rejection as well as management. We connected a Phase II 3-arm study, 2 active treatment arms with different intervals of dosing and a placebo arm. And we're looking forward to having those data later this quarter. We're on track for that, and that will help us inform next steps in our solid organ transplant patients.

So I want to touch on, before ending, a little bit on our early-stage pipeline, because although we're putting the majority of our resources in this moment into our Phase III trials, which is appropriate to get posoleucel to patients as quickly as possible, we are excited about the platform we've created and the potential to have a broader impact.

So I mentioned 106, our multi-respiratory virus program, enrolling now in the U.S. in stem cell and solid organ transplant patients. And depending on those data, we'll be moving into the high-risk general population. We also have our chronic HBV program. This is a preclinical program that's IND-ready. We're postponing any investment in clinical trials or manufacturing until we get to the other side of our Phase III studies. But we're very excited to move that into a proof-of-concept study and patients at the right time. And then I mentioned the ALVR109 COVID-19 program, which offers a read-through into the potential for using VSTs in upper respiratory tract viral infections in patients.

So to close, I want to emphasize that it's been a great year for AlloVir with tremendous momentum building up behind our Phase III trials. And we're very excited to see the end in sight this year with the enrollment across all 3 of these programs, setting us up for data readouts over the course of 2024. Before that, we'll have the BK virus data in kidney transplant patients to help us inform our next steps in the solid organ transplant patients. And as we look to 2024, those data readouts, commercial readiness, fast regulatory filings, we'll also look to advance our pipeline with the idea of having a large impact across the board and really changing the paradigm for immunocompromised and other types of patients who could benefit from this novel approach to treating viral infections.
So I'm going to stop there, right on time, and we'll move to questions. Thanks so much.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Additional questions from the audience? How do you think about the letermovir CMV data as a benchmark as a follow-up to that question? And is the easiest way to think about it is if you get 50%, you're sort of like letermovir, but across 6 viruses?

**Diana M. Brainard**
*CEO & Director*

Yes. I think that's where the conversations with physicians have often started around this impact of reducing the rate of clinically significant infection by 50% has wound up in their eyes being clinically meaningful. And if you could reduced rates of CMV in these high-risk patients even further because they don't go to 0, they go from -- to about 20% to 25% in those high-risk patients. So get those rates down even further, focus on making sure that once the patients who aren't getting letermovir have low rates of CMV, and then also tackle all of these other viruses, which have no options whatsoever, that, that's highly meaningful. And 50% is a benchmark that everyone feels comfortable with because of that.

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

We have an e-mail question, which is, are you planning on commercializing posoleucel OUS?

**Diana M. Brainard**
*CEO & Director*

Outside the U.S. Yes. And so our clinical development strategy has really been put into place with an eye towards global commercialization. And so that's where we've really actively and aggressively sought to engage with these high-volume transplant centers globally to facilitate that transition. And we feel with the team we have in place, we're prepared to do that.

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

Question from the audience? Maybe just thinking about the treatment setting. What are -- it's been -- we review the CHARMS data. It sounds like there's going to be a publication tomorrow?

**Diana M. Brainard**
*CEO & Director*

Tomorrow. Yes. Morning.

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

Okay. Tomorrow morning. When you think about the adeno and virus-associated hemorrhagic cystitis cohorts specifically, how do those data derisk the 2 pivotals?

**Diana M. Brainard**
*CEO & Director*

Yes. So within the CHARMS data, that was almost like a basket study in that anyone with any of the 6 target viruses who had failed prior therapy or was resistant to prior therapy could come into that study. And so data were generated across those different viruses and really could have enabled up to 6 pivotal treatment trials, but the selection to go after virus-associated hemorrhagic cystitis and adenovirus was really based on pull from physicians in the community to say, these are the biggest unmet needs we have right now. These are the viruses that we dread the most, the conditions we dread the most that we have really so little to offer patients.

And so the clinical data that supports virus-associated hemorrhagic cystitis was presented at the TCT conference in 2021 and looked at the subset of patients with BK virus-associated hemorrhagic cystitis, looking at the time to resolution of macroscopic hematuria, which is our primary end point in the Phase III trial, and comparing it to a matched cohort from Texas Children's Hospital and showing a substantial difference in the time to resolution. Those natural history data have now been further corroborated by a

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

natural history cohort at MD Anderson, which is a nice way for us to confirm our powering. But this is a -- that's for the virus-associated hemorrhagic cystitis where we feel there is a reason to believe we're well situated for a positive outcome there.

With the adenovirus study, there, we were able to gain agreement from regulators to a viral end point. And that's really important because, again, this study, as I mentioned, is in a disease that mostly affects children with a very high morbidity and mortality. And so when you look to enroll studies in kids who are post-stem cell transplant, who all of a sudden have a truly life-threatening infection, it's hard when you have a placebo arm. And yet we needed to have a placebo arm. And so the way to get around that is with the crossover. And the only way you can do a crossover is have a virologic end point. And this was the first time that FDA had actually agreed to move away from the longer-term [ at ] points and recognizing the potential impact we could have. We agreed upon day 28 viral load negativity. And that was really supported by the adenovirus data from the CHARM study. In the responders to adenovirus, the overwhelming majority were viral load negative by day 28.

**Anupam Rama**
*JPMorgan Chase & Co, Research Division*

Okay. Any final questions? All right. Thanks, Diana. Thanks, everyone.

**Diana M. Brainard**
*CEO & Director*
Great. Thank you.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.