# Exhibit 16



# Allogeneic, Off-the-Shelf, Virus-Specific T Cell Therapies in Late-Stage Development

J.P. Morgan Healthcare Conference
January 10, 2023

PROPRIETARY © 2023

PROPRIETARY © 2023

# Disclaimer

This presentation has been prepared by AlloVir, Inc. ("we," "us," "our," "AlloVir" or the "Company") and is made for informational purposes only and does not constitute an offer to sell or a solicitation of an offer to buy securities. This presentation may contain "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, including, but not limited to, statements regarding the safety, efficacy and regulatory and clinical progress of our product candidates, including posoleucel. All such forward-looking statements are based on management's current expectations of future events and are subject to a number of risks and uncertainties that could cause actual results to differ materially and adversely from those set forth in or implied by such forward-looking statements. The use of words such as, but not limited to, "may," "might," "will," "should," "expect," "plan," "anticipate," "believe," "estimate," "project," "intend," "future," "potential," or "continue," and other similar words or expressions are intended to identify forward-looking statements. Forward-looking statements are neither historical facts nor assurances of future performance. Instead, they are based on our current beliefs, expectations and assumptions regarding the future of our business, future plans and strategies, our clinical results and other future conditions. All statements other than statements of historical facts contained in this presentation, including statements regarding future results of operations and financial position, business strategy, current and prospective product candidates ongoing, and planned clinical trials and preclinical activities, including the initiation, timing, enrollment, progress and results of our preclinical and clinical studies and our research and development programs, product approvals, research and development costs, current and prospective collaborations, timing and likelihood of success, including our ability to advance and successfully complete clinical studies, the timing and likelihood of success of our clinical trials, and the timing or likelihood of regulatory filings and approvals, expectations regarding market acceptance and size, plans for launch and commercialization, plans and objectives of management for future operations, and future results of anticipated product candidates, are forward-looking statements. New risks and uncertainties may emerge from time to time, and it is not possible to predict all risks and uncertainties. No representations or warranties (expressed or implied) are made about the accuracy of any such forward-looking statements.

These statements are also subject to a number of material risks and uncertainties that are discussed in the section entitled "Risk Factors" in our annual report on Form 10-K for the fiscal year ended December 31, 2021, as well as discussions of potential risks, uncertainties, and other important factors in our subsequent filings with the Securities and Exchange Commission. Any forward-looking statement speaks only as of the date on which it was made. Neither we, nor our affiliates, advisors or representatives, undertake any obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future events or otherwise, except as required by law.

Certain information contained in this presentation relates to or is based on studies, publications, surveys and other data obtained from third-party sources and the Company's own internal estimates and research. While we believe these third-party sources to be reliable as of the date of this presentation, we have not independently verified, and we make no representation as to the adequacy, fairness, accuracy or completeness of any information obtained from third-party sources. In addition, all of the market data included in this presentation involves a number of assumptions and limitations, and there can be no guarantee as to the accuracy or reliability of such assumptions. Finally, while we believe our own internal research is reliable, such research has not been verified by any independent source.



PROPRIETARY © 2023

# AlloVir Key Investment Highlights

## Posoleucel franchise opportunity in stem cell (allo-HCT) and solid organ transplant (SOT) patients

- **3 ongoing global Phase 3 registrational trials for 3 first-to-market indications expected to complete enrollment in 2023**
  - Large and critically important unmet need: preventing or treating clinically significant viral infections post transplant
  - Multi-virus prevention strategy has potential to transform the transplant space
    - Compelling Phase 2 trial results presented at ASH 2021 and 2022
    - High need and strong support from transplant and infectious disease communities
    - Robust enrollment in Phase 3 trial in 2022 accelerates timing for trial completion and data readout
- **Topline Phase 2 data in kidney transplant expected in Q1 2023**

## Additional clinical and preclinical virus-specific T cell (VST) therapy candidates for pipeline advancement by AlloVir or a potential partner

## $234M cash as of December 31, 2022



3

PROPRIETARY © 2023

# Posoleucel: Lead Therapy with Franchise Potential

- Multi-VST therapy in Phase 3 development for 3 indications

- Targets 6 viruses that reactivate in 90% of allo-HCT patients[1]

  – Viruses associated with substantial morbidity and mortality

  – Limited to no effective treatments with substantial safety tradeoffs

- Phase 2 data demonstrate promising efficacy and safety profile in both treatment and prevention settings

- Blockbuster opportunity in allo-HCT with expansion potential to SOT and other immunocompromised patients





1. Hill J, et al. Blood. 2017;129:2316-25.

7

PROPRIETARY © 2023

# Final Open-Label Phase 2 Prevention Study Results Demonstrate Low Rates of Clinically Significant Infection[1]



## Low Rates of Clinically Significant Infection

- 23/26 (88%) patients CSI-free through Week 14
- 22/26 (85%) patients reactivated ≥1 target virus

## Repeat Dosing Generally Well Tolerated

- No unanticipated TEAEs or SAEs
- 5 cases (19%) of acute GVHD (grades II-IV)

## Biomarker Data Support Mode of Action

- VST cell expansion coincident with viral load declines
- Presence of posoleucel confirmed during and after infusion period



*Electronic medical records analysis of >1,400 patients identified between Jan 2018 and Apr 2021 through use of ganciclovir, valganciclovir, foscarnet, cidofovir, or rituximab or ICD-10 code for viral disease where available.
1. Dadwal S, et al. Abstract 362. Presented at ASH 2022; 2. Slade M, et al. *Transpl Infect Dis.* 2017;19(1):e12629.; 3. Mohty M, et al. *Brit J Haematol.* 2019;187e64; 4. Salamonowicz-Bodzioch M, et al. *Ann Hematol.* 2021;100:1283-93; 5. Chang YJ, et al. *Biol Blood Marrow Transplant.* 2019; 6. El-Zimaity M, et al. *Blood. 2004;103:4674-80;* 7. Gargiulo G, et al. *eCancer.* 2014; 8. Gabanti E, et al. *Transplant Cell Ther.* 2022;28:211.e1-211.e9.

PROPRIETARY © 2023

# Phase 2 CHARMS Treatment Study Demonstrated 93% Efficacy In Treatment-Refractory Patients[1,2]



**Efficacy: Posoleucel Response Rate***

CR = Viral load return to normal range and resolution of clinical signs/symptoms
PR = ≥50% decrease in viral load and/or 50% improvement of clinical signs/symptoms

## Safety: Posoleucel Well Tolerated

- Infusions were well tolerated
    - n=3 developed isolated fever within 24 hours of infusion; no immediate toxicities observed
- 14 cases of acute GVHD
    - n=8 had pre-existing GVHD
    - n=6 *de novo* GVHD; all had transient Grade I skin GVHD resolved with treatment
- No cytokine release syndrome



*Response rate / patient includes partial response (PR) or complete response (CR) by 6 weeks post-posoleucel infusion; †11/11 patients had a response to ≥1 virus(es) and 19 of 23 viruses across the 11 patients responded to posoleucel. 1. Tzannou I, et al. *J Clin Oncol* 2017;35:3547-57; 2. Tzannou I, et al. ASH 2020. Accessed January 4, 2021. https://ash.confex.com/ash/2020/webprogram/Paper143037.html.