# Exhibit 19

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No. )**

Filed by the Registrant ☒ Filed by a party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement

☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒ Definitive Proxy Statement

☐ Definitive Additional Materials

☐ Soliciting Material Pursuant to §240.14a-12

# AlloVir, Inc.
**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if Other Than The Registrant)**

Payment of Filing Fee (Check all boxes that apply):

☒ No fee required.

☐ Fee paid previously with preliminary materials

☐ Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11.

**Summary Compensation Table**

The following table sets forth the total compensation awarded to, earned by and paid during the fiscal year ended December 31, 2022 for each of our named executive officers. The following table also presents information regarding the compensation awarded to, and earned by, and paid to each such individual during the fiscal year ended December 31, 2021, to the extent such individual was a named executive officer for such year.

| Name and Principal Position | Year | Salary ($) | Stock Awards ($)(1) | Option Awards ($)(2) | Non-Equity Incentive Compensation ($)(3) | All Other Compensation ($) | Total ($) |
|---|---|---|---|---|---|---|---|
| Diana Brainard (4) | 2022 | 604,992 | 3,899,006 | 4,327,381 | 361,800 | 12,200(5) | 9,205,379 |
| *Chief Executive Officer* | 2021 | 365,000 | 4,748,000 | 9,085,643 | 350,400 | 587,078 | 15,136,121 |
| Vikas Sinha (6) | 2022 | 369,007 | 1,386,290 | 981,658 | 162,454 | 4,753(5) | 2,904,162 |
| *President and Chief Financial Officer* | 2021 | 425,000 | 2,478,420 | 3,522,326 | 191,250 | 6,000 | 6,622,996 |
| Edward Miller | 2022 | 433,992 | 393,312 | 467,589 | 173,597 | 10,805(5) | 1,479,295 |
| *General Counsel and Secretary* | | | | | | | |
| Jeroen Van Beek (7) | 2022 | 404,882 | 393,312 | 467,589 | — | 243,871(5) | 1,509,654 |
| *Former Chief Commercial Officer* | 2021 | 425,000 | 1,475,250 | 2,096,599 | 170,000 | 6,000 | 4,172,849 |

(1)     The amount reported represents the aggregate grant date fair value of the restricted stock units, or RSUs, awarded to the named executive officers during 2022 and 2021, calculated in accordance with Financial Accounting Standards Board, or FASB, Accounting Standards Codification, or ASC, Topic 718. Such grant date fair value does not take into account any estimated forfeitures. The assumptions used in calculating the grant date fair value of the restricted stock and RSUs reported in this column are set forth in Note 2 to our audited consolidated financial statements in our Annual Report on Form 10-K filed with the SEC on February 15, 2023. The amount reported in this column reflects the accounting cost for these RSU awards and does not correspond to the actual economic value that may be received by the named executive officers upon the vesting or settlement of the RSUs or any sale of the shares.

(2)     The amounts reported represent the aggregate grant date fair value of the stock options granted to such named executive officers during 2022 and 2021 as computed in accordance with FASB ASC Topic 718, not including any estimates of forfeitures related to service-based vesting conditions. The assumptions used in calculating the grant date fair value of the options reported in this column are set forth in Note 2 to our audited consolidated financial statements in our Annual Report on Form 10-K filed with the SEC on February 15, 2023.

(3)     Amounts reported reflect the annual cash incentive bonus paid based upon achievement of certain corporate performance objectives described below under "Annual Cash Incentive Bonuses."

(4)     Dr. Brainard commenced her service as Chief Executive Officer on May 17, 2021 and, accordingly, her base salary for 2021 has been prorated to reflect her partial year of service. Dr. Brainard also serves as a member of the Board but received no compensation for her service as director during the portion of the year that she also served as our Chief Executive Officer.

(5)     The amounts reported represent matching contributions made by the Company under its 401(k) plan.

(6)     Mr. Sinha also serves as a member of our Board but does not receive any additional compensation for his service as director.

(7)     Dr. van Beek resigned from the Company effective November 22, 2022 and provided consulting services through December 31, 2022. In addition to $12,200 in 401(k) matching contributions, the amount reported as "All Other Compensation" for Dr. van Beek also includes (i) $46,126 in base salary paid for the period from November 22, 2022 through December 31, 2022 and (ii) $180,403 representing payment of his 2022 bonus and (iii) $5,142 for COBRA premiums through December 31, 2022.

18