# Exhibit 21

# Final Clinical and Biomarker Data from a Phase 2 Trial of Posoleucel, an Off-the-shelf, Multivirus-specific T Cell Therapy, for Prevention of Clinically Significant Viral Infections Post-HCT

Sanjeet S. Dadwal[1], Jo-Anne H. Young[2], Michael W. Schuster[3], Jean A. Yared[4], Gary Douglas Myers[5], Michelle Matzko[6], Sama Adnan[6], Sarah Gilmore[6], Spyridoula Vasileiou[6,7], Ann M. Leen[6,7], Joshua A. Hill[8], Rajat Bansal[9]

[1]City of Hope National Medical Center, Duarte, CA; [2]University of Minnesota, Minneapolis, MN; [3]Stony Brook University Hospital Cancer Center, Stony Brook, NY; [4]University of Maryland Greenebaum Comprehensive Cancer Center, Baltimore, MD; [5]Children's Mercy of Kansas City, Kansas City, MS; [6]AlloVir, Waltham, MA; [7]Baylor College of Medicine, Houston, [8]Fred Hutchinson Cancer Center, Seattle, WA; [9]University of Kansas Medical Center, Kansas City, KS

# Low Rates of Clinically Significant Infections through Week 14 (Primary Endpoint)



- 22 (85%) of patients developed 1+ virus; 13 (50%) 2+ viral reactivations

- 3 (12%) CSIs* observed despite high rate of viral reactivations

- 4 (15%) additional CSIs occurring in the secondary endpoint
  - 2 (50%) in setting of chemotherapy due to relapse

*2 patients with asymptomatic & pre-emptively treated CMV infection; 1 patient with EBV PTLD in the setting of high-dose steroid.

## Conclusions

- Low rates of clinically significant infections or end-organ disease were observed in this high-risk allo-HCT population
- 0% Day 400 Non-relapse mortality and no infection related mortality
- Treatment with up to 7 doses of posoleucel over 12 weeks was well tolerated
  - Rates of GVHD were similar in frequency and severity to those expected in high-risk allo-HCT population
- Viral control was associated with expansion of reactive T cells
  - The presence of posoleucel was confirmed during and after infusion period
- These data support the ongoing global, randomized, placebo-controlled Phase III clinical trial of posoleucel for the prevention of clinically significant infections and end-organ disease (NCT05305040)