# Exhibit 24

**S&P Global**
Market Intelligence

# AlloVir, Inc. NasdaqGS:ALVR Company Conference Presentation

**Tuesday, May 09, 2023 4:40 PM GMT**

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

# Presentation

**Unknown Analyst**

Good morning, and thank you guys for joining us here today. My name is [ Cameron Bosag ], and I'm part of Jason Zemansky's midcap biotech team at Bank of America. I'm very pleased to introduce Dr. Diana Brainard, CEO of AlloVir. Good morning. To start, perhaps, can you give us a quick overview of AlloVir and your VST therapies for those who maybe aren't as familiar.

**Diana M. Brainard**
*CEO & Director*
Sure. Great to be here. Thanks for the invitation. My name is Diana Brainard, if you didn't catch that, and I'm CEO of AlloVir. At AlloVir, we're a late clinical stage biotech company focused on virus-specific T-cell therapy. That's nongene-edited cell therapy for immunocompromised patients who lack the immunity to fend off these infections on their own. And our lead program is in Phase 3. And I'm sure we'll get to that in a moment.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

get in early with your cells and prevent patients from getting sick in the first place, this would have an even higher impact. And we're seeing that now with the pace of enrollment in our prevention Phase 3 study.

**Unknown Analyst**

And touching a little bit on the data you've seen so far in the Phase 2, 88% of patients were free of clinically significant infections through 14 weeks. Can you put this into context for us?

**Diana M. Brainard**
*CEO & Director*

Sure. So we have now 3 positive Phase 2 data sets with posoleucel. The first is in the treatment setting, refractory and resistant patients where we had over a 90% response rate across our 6 different target viruses. That study has been published. It came out of the Baylor College of Medicine. And then more recently, we had a Phase 2 prevention study, which enabled the initiation of our Phase 3 study that started last year. Those results were presented at ASH initially in 2021 and then again in 2022 and most recently at EBMT. And like you said, really a dramatic response, whereby 88% of patients after dosing at the primary endpoint week 14 were free of clinically significant infections. So hadn't developed one or more of these infections that are so common in the post-transplant space. And we were really happy to see that now we have the longer-term follow-up, and we reported at the European meeting in March that our day 400 non-relapse mortality rate was 0% in these patients. Now it's a single-arm study, so we don't have a control arm, but if you look in the literature at what you might expect in a high-risk allotransplant patient population, the reported rates of non-relapse mortality range between 9% and 16%. So we're really excited with this idea that not only can you prevent near-term morbidity of these infections, but you can also really help the patient on that trajectory towards recovery and preventing all of those non-relapse-related problems such as infection, but also graft-versus-host disease, organ dysfunction, which are all interrelated from becoming an issue and getting a patient into trouble.

**Unknown Analyst**

Great. And then for those remaining 12% of patients, do they experience any improvements, for example, less disease burden? And why do you think they didn't receive this full benefit?

**Diana M. Brainard**
*CEO & Director*

Yes. So we have 3 patients with clinically significant infections. And of course, we looked at them very closely to try to figure out, is there anything we can glean from these data and incorporate changes into Phase 3. And I would say one piece of information that became clear was one of the patients had received high-dose steroids, pulse steroids for an exacerbation of graft versus host disease and high-dose steroids will eliminate T cells, circulating T cells. That's how they function. That's why they're given in the setting of graft rejection. And so what we did in Phase 3 was recognizing that, that could interfere with the persistence of Posoleucel, create some flexibility around our dosing and our prevention study, we're giving 7 doses over a 12-week period. And so if a patient gets pulsed with steroids, which is generally a very short-term period, then they can either redose right after that or they can hold the dose and wait until those steroids come down to an acceptable level, which is basically less than 1 milligram per kilogram of prednisone or its equivalent. So we can't really say whether the course of those illnesses were less severe. It's possible. All 3 of those patients recovered and did well. But without a control arm, it's hard to know. It is something we'll look at in our Phase 3 when we have a placebo arm as well as a larger sample size.

**Unknown Analyst**

Yes. And then touching on your current Phase 3 that's underway. Is this registrational? And what are the current time lines as far as readouts filing and approval?

**Diana M. Brainard**
*CEO & Director*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.