# Exhibit 27

**S&P Global**
Market Intelligence

# AlloVir, Inc. NasdaqGS:ALVR

# Company Conference Presentation

**Monday, September 11, 2023 9:55 PM GMT**

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Michael Eric Ulz**
*Morgan Stanley, Research Division*

All right. Good afternoon, everyone. Thanks for joining us at Morgan Stanley Global Healthcare Conference. I'm Mike Ulz, one of the biotech analysts here. It's my pleasure to introduce Diana Brainard, CEO of AlloVir.

Just a reminder, the format for today is a fireside chat. But before we get started, I just need to read a quick disclosure. For important disclosures, please see the Morgan Stanley research disclosure website at www.morganstanley.com/researchdisclosures. If you have any questions, please reach out to your Morgan Stanley sales representative.

And with that, Diana, thanks for joining us. And maybe I'll just turn it over to you for a brief introductory comments, and then we can get into Q&A.

**Diana M. Brainard**
*CEO & Director*
Great. Sounds good. Thanks, Mike. Great to be here representing AlloVir. And this is a quick introduction. At AlloVir, we're a late clinical stage biotech company with a platform to develop virus-specific T-cell therapies for patients suffering or at risk for one or more viruses due to an immunocompromised state and ourselves are allogeneic off-the-shelf nongene edited, which enables us to manufacture them in a streamlined and lower cost of goods path than what people typically think of for cell therapies. We're in Phase III, and I look forward to answering more questions as we go along.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Michael Eric Ulz**
*Morgan Stanley, Research Division*

So prevention sort of upfront before they hit that window and then treatment when you start to see a rise...

**Diana M. Brainard**
*CEO & Director*

When you start -- when patients start to get sick. Yes. And there are really 2 different philosophies, but the patient population is highly overlapping.

**Michael Eric Ulz**
*Morgan Stanley, Research Division*

Maybe we can just focus on some of the maybe the Phase II prevention data. You've shared some of that data. Maybe walk us through that and some of the key endpoints there?

**Diana M. Brainard**
*CEO & Director*

Yes, absolutely. So we have data from 3 Phase II trials and focusing on the Phase II prevention data that was an open-label, single-arm study where we dosed 26 patients post allogeneic stem cell transplant with posoleucel and gave them 7 doses of posoleucel separated by 2 weeks. So dosing interval over a 12-week period.

And what we looked for was signs or symptoms of clinically significant infection to any one of our target viruses over the -- through the primary endpoint at week 14 and we had expected to see anywhere between 50% to 70% of patients developing a clinically significant infection based on what the literature tells us about how commonly these infections occur.

What we saw was quite encouraging. Only 3 of the 26 patients developed clinically significant infections; 2 patients developed CMV; 1 patient developed an adenoviral infection. And so this rate of about 12% was substantially lower than we would have predicted. And based on the strength of these data as well as the compelling safety data demonstrating, we saw no suggestion of cytokine release syndrome, which to date hasn't been an issue with VSTs with the recurrent dosing.

We didn't see any suggestion that there were worrisome rates of graft-versus-host disease. Again, rates of graft-versus-host disease with VSTs have not been a concern to date, but it's something we're always looking very carefully at. So these 26 patients, and that preliminary data enabled us to move directly to a Phase III trial, which in many regards, is similar to the Phase II, but it importantly has the addition of a placebo control as well as an expansion to 300 patients, and we're currently enrolling that trial globally.

**Michael Eric Ulz**
*Morgan Stanley, Research Division*

Can you maybe talk about what the reaction was the Phase II beta given the sort of dramatic impact?

**Diana M. Brainard**
*CEO & Director*

Yes. I mean I think there's a lot of excitement seeing those data and recognizing that where the concept of virus-specific T cells has been really entrenched has been when patients get sick, physicians reaching for those cells where they're available at specific academic centers where they might make their own virus-specific T cells or even, in some instances, transferring patients from a central without VSTs to a center with VSTs to enable access.

But this idea of moving upstream and preventing infections created a lot of excitement because it enables physicians to avoid the adverse consequences of these infections that can derail patients. And there's been a lot of thought that, once patients have infections, they have higher rates of graft-versus-host disease

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Michael Eric Ulz**
*Morgan Stanley, Research Division*

And your -- I know you've had conversations with, but do you think that's highly likely that you'll be able to figure out what the path forward is here and have some agreement? Or is there any area where you're particularly I don't know, worried where the FDA might focus on or...

**Diana M. Brainard**
*CEO & Director*

Well, I mean, I think that we have a good batting average in terms of having successfully done this with our other trials. It's always a challenge when you're in a new area, and I think that I have confidence we can get there. Sometimes it takes more than 1 conversation. That's fine. We can do that.

We're committed to the -- to these patients. And we also, I think, have a little bit more luxury because posoleucel is already in Phase III for these stem cell transplant indications. We don't want patients to have to wait. At the same time, we do think that demonstrating safety and efficacy with the drug in other clinical settings may help us in terms of allowing people to see a greater potential benefit for patients in other settings.

**Michael Eric Ulz**
*Morgan Stanley, Research Division*

Yes. Got you. Maybe you want to just touch real quickly on some of your other pipeline assets like 106 or 107?

**Diana M. Brainard**
*CEO & Director*

Yes. So as we head into respiratory virus season, it's a good time to talk about 106, which targets influenza, parainfluenza, human metapneumovirus and RSV. And these are the 4 other -- outside of not including COVID, these are the 4 respiratory viral infections that cause the greatest degree of morbidity and even mortality in immunocompromised patients.

And oftentimes, they'll even occur together at the same time in the most vulnerable patients. And no therapies approved except for influenza in terms of treatment and even there, the treatment tends to be more geared towards outpatient reduction of symptoms and otherwise healthy patients.

So really a strong unmet need. And we are in the Phase Ib/IIa trial with this study -- with this program and completed the dose escalation component of the trial in patients. We were going into have both stem cell and solid organ transplant patients for this trial.

And we are hoping to present the results from that Phase Ib dose escalation at the end of this year at a scientific meeting. Again, the focus will be safety, showing that you can give a cell therapy product to patients with upper respiratory viral infections. And you can do that safely without any concerns for exacerbation of the clinical course and that these data will enable us to move into the Phase IIa portion, which would be more of looking for an efficacy signal to guide registration.

**Michael Eric Ulz**
*Morgan Stanley, Research Division*

Okay. Maybe in the last minute, we can just talk about current cash position, your runway and what sort of readouts does that get you through? Is that the full 3 Phase III trials, will we have the readouts for all those?

**Diana M. Brainard**
*CEO & Director*

Yes. We do. We did raise some money this summer with the intent of having cash to get us past our Phase III readouts. And so our cash gets us into 2025. So we're well positioned to have our Phase III readouts before running out of money, which, of course, is important.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.