**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JENNIFER ZERBATO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLOVIR, INC., DIANA M. BRAINARD, and VIKAS SINHA,<br><br>Defendants. | Case No. 1:24-cv-10152-DJC<br><br>**CLASS ACTION** |

**DECLARATION OF MICHAEL S. BIGIN IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

I, MICHAEL S. BIGIN, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a Partner at Bernstein Liebhard LLP, the court-appointed Lead Counsel on behalf of Lead Plaintiffs Julio Maurice Bueno and Harry Levin ("Lead Plaintiffs") in this action. I am admitted to appear pro hac vice on behalf of Lead Plaintiffs and the proposed Settlement Class.

2.      I respectfully submit this Declaration ("Declaration") in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class.

3.      Attached to this Declaration are true and correct copies of the following documents:

**Exhibit 1**: Stipulation and Agreement of Settlement, dated April 14, 2025 with exhibits thereto;

**Exhibit 2**: [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement;

**Exhibit 3**: Firm Resume of Bernstein Liebhard LLP;

**Exhibit 4**: Edward Flores and Svetlana Starykh, Recent Trends in Securities Class Action Litigation: 2024 Full-Year Review, National Economic Research Associates, Inc. (NERA);

**Exhibit 5**: *Crandall v. PTC Inc.*, No. 1:16-cv-10471-WGY, (D. Mass. July 14, 2017) and Stipulation of Settlement (Dkt. Nos. 60 & 41-1);

**Exhibit 6**: *Miller v. Sonus Networks, Inc.*, No. 1:18cv12344-GAO (D. Mass. Apr. 24, 2024) and Stipulation and Agreement of Settlement (Dkt. Nos. 144 & 122-1);

**Exhibit 7**: *Mohanty v. Avid Technology, Inc.,* No. 1:16-cv-12336-IT (D. Mass. May 2, 2018) and Stipulation and Agreement of Settlement (Dkt. Nos. 69 and 70-1); and

1

2

**Exhibit 8**: *Esposito v. American Renal Associates Holdings, Inc.*, No. 1:16-cv-11797 (ADB) (D. Mass. Jun 15, 2018) and Stipulation of Settlement (Dkt. Nos. 106 and 95-1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2025

_/s/ Michael S. Bigin_

Michael S. Bigin