Motion of improper venue.

Claiming improper venue. Violations of the Ada act and hague
and Geneva conventions of a disabled veteran.
And violations of the espionage act.

Kristin Beery Hahn
5/21/25