FROM:

Kristin Hahn
9906 Seven Roads Plce
Thonotosassa, FL
33592

**UNITED STATES POSTAL SERVICE.**  *Retail*

**G** US POSTAGE PAID

**$10.25**

Origin: 33592
05/27/25
1190300578-17

**USPS GROUND ADVANTAGE®**

0 Lb 3.80 Oz

**RDC 01**

C079

SHIP TO:



STE 2300
1 COURTHOUSE WAY
BOSTON MA 02210-3004

**USPS SIGNATURE® TRACKING #**



nt Mailer