**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JENNIFER ZERBATO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLOVIR, INC., DIANA M. BRAINARD, and VIKAS SINHA,<br><br>Defendants. | Case No. 1:24-cv-10152-DJC<br><br>**CLASS ACTION** |

**LEAD PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND REIMBURSEMENT TO LEAD PLAINTIFFS**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure Rule 23(h), 54(d)(2), and this Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement dated April 23, 2025, Lead Plaintiffs Julio Maurice Bueno and Harry Levin ("Lead Plaintiffs"), on behalf of themselves and the proposed Settlement Class, hereby move this Court, for entry of an Order awarding attorneys' fees, expenses, and reimbursements to Lead Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4). A proposed Order granting the relief requested will be submitted with Lead Plaintiffs' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

Respectfully submitted,

**DATED**: June 25, 2025

**BERNSTEIN LIEBHARD LLP**

By: */s/ Michael S. Bigin*
Michael S. Bigin
Jeffrey R. McEachern
10 East 40th Street
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
bigin@bernlieb.com
jmceachern@bernlieb.com

*Lead Counsel for Lead Plaintiffs*

**HUTCHINGS BARSAMIAN MANDELCORN, LLP**
Theodore M. Hess-Mahan
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Tel: (781) 431-2231
Fax: (781) 431-8726
thess-mahan@hutchingsbaramian.com

*Local Counsel for Lead Plaintiffs*

2

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that counsel for Lead Plaintiffs conferred with counsel for Defendants on the matter set forth herein, who do not oppose this Motion.

*/s/Michael S. Bigin*_____
Michael S. Bigin

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 25, 2025.

/s/Michael S. Bigin_____
Michael S. Bigin

4